Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)  -MAILED AUG 1 7 2017

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 29 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __Mississippi__

__Eastern__ Division

DAVID WILLIAMS
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Inv. Sgt. Jason Myers, Jones Co. Sheriff's Dept.; Jones County Sheriff's Department
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. __2:17-CV-152-KS-MTP__
(to be filled in by the Clerk's Office)

(JURY TRIAL DEMANDED)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: David Williams
   All other names by which you have been known:
   ID Number: # 83234
   Current Institution: MDOC - SMCI
   Address: PO Box 1419
   Leakesville, MS 39451
   City / State / Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Jason Myers
   Job or Title (if known): Investigator Sergeant
   Shield Number:
   Employer: Jones County Sheriff's Department
   Address: PO Box 185
   Laurel, MS 39441
   City / State / Zip Code
   [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name: Alex Hodge
   Job or Title (if known): Sheriff
   Shield Number:
   Employer: Jones County Sheriff's Department
   Address: PO Box 185
   Laurel, MS 39441
   City / State / Zip Code
   [ ] Individual capacity   [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer      Jones County Sheriff's Department
  Address       PO Box 185
                Laurel          MS         39441
                City            State      Zip Code
  [ ] Individual capacity  [✓] Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address
                City            State      Zip Code
  [ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   Eighth and Fourteenth Amendment rights and protections

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

   N/A

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All defendant's named herein acted under authority as law enforcement officials.

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)* _____

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Events took place at time of arrest on December 14, 2016 between 9 AM and 12 noon during a vehicle stop in rural Jones County, Mississippi.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

C. What date and approximate time did the events giving rise to your claim(s) occur?

December 14, 2016 between 9:00 am and 12:00 noon.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Defendant Myers unnecessarily tazed (i.e. utilized a "tazer") multiple (i.e. atleast 8) times, even while I was on the ground and not resisting in any way. Once the tazer was dead, Myers stomped the back of my head repeatedly without cause or provocation. Jasper County Sheriff's Dept. Captain Robert Morris heard my screams and came to our location in time to witness me on the ground being tazed and stomped in the head.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was incoherent and unable to speak. Jones County Deputy Curtis and Capt. David Hare transported me to a clinic in Ellisville, MS and warned me to not speak although I could not do so anyway. I was given an injection. Although I've never had seizures or speech impediments prior to the incident, I now have seizures which require managment with medications and I cannot speak without a stutter. Medical testing and treatment remains on-going to date.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Nominal Damages: $1.00 / defendant
Punitive Damages: $75,000.00 - Defendant Myers' excessive use of force
$50,000.00 - Defendant Hodge / Agency - Failure to supervise / Failure to act
Compensatory Damages: $100,000.00 - Permanent injury / disability

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____ N/A _____

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know      N/A

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know      N/A

If yes, which claim(s)?

_____ N/A _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

N/A

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _____ N/A _____

2. What did you claim in your grievance?

   _____ N/A _____

3. What was the result, if any?

   _____ N/A _____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _____ N/A _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.      If you did not file a grievance:

           1.   If there are any reasons why you did not file a grievance, state them here:

This is NOT a conditions of confinement claim; the claim arose in an excessive use of force event PRIOR to incarceration and PRIOR to admission into ANY correctional institution.

           2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Notice of Allegations filed with Jones County Attorney. See EXHIBIT "A".

    G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

No administrative remedy is available; none is required in this instance.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)     N/A
   Defendant(s)    N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☐ No            N/A

   If no, give the approximate date of disposition.    N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

No.

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s)     N/A

    Defendant(s)     N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

3. Docket or index number

    N/A

4. Name of Judge assigned to your case

    N/A

5. Approximate date of filing lawsuit

    N/A

6. Is the case still pending?

    ☐ Yes

    ☐ No     N/A

    If no, give the approximate date of disposition     N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: AUG 1 7 2017

Signature of Plaintiff: X David Williams
Printed Name of Plaintiff: David Williams
Prison Identification #: 83234
Prison Address: PO Box 1419
Leakesville, MS 39451
City / State / Zip Code

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Address: N/A
N/A, N/A, N/A
City / State / Zip Code
Telephone Number: N/A
E-mail Address: N/A