# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**DAVID WILLIAMS, #83234**                                                              **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 2:17-cv-152-KS-MTP**

**JASON MYERS, ET AL.**                                                              **DEFENDANTS**

## ORDER

BEFORE THE COURT is Plaintiff's Notice [9] of change of address filed October 16, 2017, and returned mail [8] of October 13, 2017, containing two previous Court Orders [3, 6]. In order to expeditiously process this case, it is hereby,

ORDERED:

1. That the Clerk of Court is directed to mail a copy of the Court's Orders [3, 6] to the Plaintiff at his new address of record;

2. That **on or before November 15, 2017**, Plaintiff shall fully comply with the Court's Order [3] of August 30, 2017;

3. That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the Plaintiff and will result in this cause being dismissed without further notice to the Plaintiff.

THIS, the 1st day of November, 2017.

                                               s/Michael T. Parker
                                               UNITED STATES MAGISTRATE JUDGE