STATE OF MISSISSIPPI
COUNTY OF JONES

## AFFIDAVIT

Personally appeared before me the undersigned authority, in and for said county and state, Charles Jason Myers, who after being duly sworn states on oath as follows:

1. I, Jason Myers, am of the age of majority and competent to testify about the matters stated herein and make this affidavit having full personal knowledge of the facts contained herein.

2. I am currently a Sergeant employed by the Jones County Sheriff's Department.

3. I have never been issued a Taser by Jones County and have never operated a Jones County Taser.

4. On December 14, 2016, the day of David Williams's arrest, I was involved in the pursuit and arrest of the same.

5. However, at no time did I discharge a Taser at Plaintiff.

6. Deputy Joseph White, who was also involved in the pursuit and arrest of Plaintiff, did have to Tase Plaintiff to subdue him.

7. Currently, I am a member of the 155th Armored Brigade Combat Team, Mississippi National Guard and am being deployed on February 17, 2017, for an undetermined amount of time (up to 400 days).

Further, the Affiant saith not.

JASON MYERS

EXHIBIT A

2

Sworn and subscribed before me this the 5 day of February, 2018.

_____
NOTARY PUBLIC

My Commission Expires:

[Notary Seal: WHITNEY CHERRY, ID # 103614, STATE OF MISSISSIPPI, JONES COUNTY, Commission Expires Oct. 2, 2020]