STATE OF MISSISSIPPI

COUNTY OF JONES

## AFFIDAVIT

Personally appeared before me the undersigned authority, in and for said county and state, Jessica Welbourn, who after being duly sworn states on oath as follows:

1. I, Jessica Welbourn, am of the age of majority and competent to testify about the matters stated herein and make this affidavit having full personal knowledge of the facts contained herein.

2. I am currently employed by the Jones County Sheriff's Department, Training Division, and issue property, including Tasers, to Jones County Deputies.

3. I have never issued a Jones County Taser to Jason Myers in his capacity as a Jones County Deputy.

Further, the Affiant saith not.

_____
JESSICA WELBOURN

Sworn and subscribed before me this the 5 day of February, 2018.

_____
NOTARY PUBLIC

My Commission Expires:

_____





EXHIBIT B