CASE NAme: Williams V. Myers et al
CASE Number: 2:17-CV-00152-KS-MTP

In Response to order; Plaintiff does not wish to substitute defendant Jason Myers with Joseph White. Plaintiff would Also like to remind the Courts that not only was I tazed by defendant Myers I was Also beaten and kicked in my head and neck area. Due to medical Conditions I can not completely remember who all Asaulted me, I am aware that before I was taken to the Jail there was several other Law enforcement Agencies there But I am Positive that defendant Jason Myers did use excessive force Along with several other officers.

Darvis Williams #83234

Date: 4-10-18