IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHEN DISTRICT OF MISSISSIPPI
EASTERN DIVISON

**PHILIPS LIGHTING NORTH AMERICA CORPORATION
and PHILIPS LIGHTING HOLDING B.V.**           **PLAINTIFFS**

**VERSUS**           **CAUSE NO.: 2:17-CV-152-KS-MTP**

**HOWARD INDUSTRIES, INC.
(d/b/a HOWARD LIGHTING)**           **DEFENDANTS**

## ORDER

Pursuant to Fed. R. Civ. P. 16 and the inherent powers of this Court, it is hereby ORDERED that the parties shall engage in private mediation in an effort to resolve the issues in this case. The parties shall schedule and complete private mediation on or before September 3, 2018, with a mediator of their choosing. Unless otherwise agreed the fee of the mediator and other costs of the mediation shall be paid 50% by Plaintiffs and 50% by Defendant. Should the parties be unable to agree on a mediator the Court will appoint one for them. The parties shall promptly confer to select a mediator and set a mediation date. If the mediator is not jointly selected by June 1, 2018, the parties shall notify the undersigned so that the Court may begin efforts to identify and select an appropriate mediator.

SO ORDERED, THIS the 26th day of April, 2018.

                                          s/ Michael T. Parker
                                          United States Magistrate Judge