

Date 6-21-18

Case # 2:17-cv-00152-KS-MTP Williams v. Myers et al

I would like to give the Courts notice of change of Address. On 6-20-18 I was moved from Central Mississippi Correctional Facility to East Mississippi Correctional Facility (EMCF) at 10641 Highway 80 West Meridian Mississippi 39307

I have A Omnibus Hearing set for 7-2-18 before Magistrate Judge Michael T. Parker Can the Courts Please notify the Warden at East Mississippi Correctional Facility of this matter?

Notice Change of Address
David Williams # 83234
East Mississippi Correctional Facility
10641 Hwy 80 West
Meridian, MS. 39307