PAGE ①

Cause No. 2:17-CV-152-KS-MTP

David Williams #83234          Plaintiff



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 30 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

Versus          Cause No. 2:17-CV-152-KS-MTP

Jason Myers, ET AL.          Defendants

I would like to inform the courts that I do not have any Grievance Filed at the Jones County detention center. I was not there at any one time long enough to file a grievance.

I can tell the courts where I have been as far as any and all medical treatment that I have received since my incident on December 14, 2016. ① on 12-14-16 I was taken to Ellisville clinic for injury's to face and head. I can not remember the nurse or Doctors name But the clinic is on file and it is located in Ellisville MS. Jones County. ② on or around ~~~~~ February 17, 2017 I had a seizure and was taken to South Central Regional medical center wich is located in Laurel, MS. Jones County. ③ on March the 15th of 2017 I was transported from Jones County Adult detention Center to Central Mississippi Correctional Facility (CMCF) where I was then seen by their medical staff and they started me on medication.

to treat the seizures and the head and neck pain that was caused from the incident on 12-14-16.

③ Some time in late May or early June of 2017 I was transported from Central Mississippi Correctional Facility to South Mississippi Correctional Facility (SMCI) in Leakesville, MS. Green County where I also have medical Request seeking help from the seizures and head and neck pain on file. I have filed out numerouse sick call Request forms seeking medical help with the issues concerning my seizures and head achs. All of this would be in my medical records here at MDOC, both facilitys at Central Mississippi Correctional Facility in Pearl MS. Rankin County and at South Mississippi Correctional Facility at Leakesville, MS. Green County. (SMCI).

I am not allowed access to these records but I did sign a release on July 2nd 2018 at the Omnibus hearing by Magistrate Judge Michael T Parker stateing that I allow the Defence Council and the Courts and and all access to my medical Records, All Records either in

The custody of M.D.O.C. and any and all medical records in any outside medical clinics or hospitals.

I would like to ask the courts to please send me a copy of all medical records obtained by the courts and or defense. I have ask the jail administration to send me all records pertaining to my arrest on 12-14-16 but have not had a response yet. The only documents I have to date is the discovery that the defence council gave me at the omnibus hearing on 7-2-18.

I would also like the courts to know that I am seeking council, in hopes of obtaining counsil through The Yorden Firm. I have talked to Mr. Yorden and he informed me he would possibly ask the courts for an extention on the 30 day deadline of the last order of the courts, in case I am going about the order wrong. This response is to the order given to me that I should produce any grevience that I may have

PAGe ④

From the Jones County Adult detention Facility. That I should Produce all names of Doctors And medical Facilitys that have treated me. And to Produce any documents From Jones County Adult detention Facility. I have answered this order to the best of my ability. Thank you sincerly,

David Williams #83234

Date 7-24-18