STATE OF MISSISSIPPI

COUNTY OF JONES

### AFFIDAVIT

Personally appeared before me the undersigned authority, in and for said county and state, Alex Hodge, who after being duly sworn states on oath as follows:

1. I, Alex Hodge, am of the age of majority and competent to testify about the matters stated herein and make this affidavit having full personal knowledge of the facts contained herein.

2. I am currently the duly elected Sheriff of Jones County, Mississippi and was serving as such at the time of the incidents about which Plaintiff David Williams complains.

3. During Mr. Williams arrest and incarceration I had no personal contact with him and was never made subjectively aware of any complaints regarding his alleged medical needs or treatment.

4. Jason Meyers is and has been a deputy sheriff for Jones County, Mississippi; however, he is currently deployed with the United States Army. I understand that he is deployed overseas at this time.

Further the affiant sayeth not.

_____
ALEX HODGE

Sworn and subscribed before me this the 17th day of October, 2018.

_____
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 98672, KAREN BUSTIN, Commission Expires Feb. 21, 2020, JONES COUNTY]

EXHIBIT A