STATE OF MISSISSIPPI

COUNTY OF JONES

## AFFIDAVIT

Personally appeared before me the undersigned authority, in and for said county and state, Joseph White, who after being duly sworn states on oath as follows:

1. I, Joseph White, am of the age of majority and competent to testify about the matters stated herein and make this affidavit having full personal knowledge of the facts contained herein.

2. I am currently employed by the Jones County Sheriff's Department.

3. On December 14, 2016, I was involved in the pursuit of David Williams. Mr. Williams had an arrest warrant for receiving stolen goods. We had been informed Mr. Williams was carrying a 7mm Magnum Rifle and a large handgun during this time. I along with Officer Jason Meyers spotted Mr. Williams driving a truck northbound on Highway 15.

4. Officer Meyers and I initiated blue lights and sirens indicating to Plaintiff to pull over, however he continued down the highway before pulling into an unknown residence. Mr. Williams exited the car and began running away, whereby Officer Meyers and I proceeded after Mr. Williams on foot.

5. I Tased Mr. Williams once for five (5) seconds to subdue him from resisting arrest further. The Taser lines broke and Mr. Williams began to resist arrest until he was finally placed in handcuffs.



EXHIBIT C

6. Officer Jeff Monk did not arrive at the scene until after Mr. Williams was subdued and placed under arrest.

7. I did not use excessive force on Mr. Williams at any point in time and deny any allegations to the contrary.

Further, the Affiant saith not.

JOSEPH WHITE

Sworn and subscribed before me this the 17 day of October, 2018.

Billy G. Rayner, CIRCUIT CLERK
NOTARY PUBLIC
By:

My Commission Expires:
Billy G. Rayner, CIRCUIT CLERK

2