

# EVIDENCE SYNC

**TASER Information**
Serial: X120038Y7
Model: TASER X26P
Firmware Version: Rev. 04.024
Application Version: 3.15.37
Health: Good

**Offline Report**
Local Timezone: Central Standard Time (UTC -06:00)
Generated On: 16 Dec 2016 08:31:31

## Device (X26P)

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1 | 03 May 2015 15:06:28 | Power Magazine Change | Manufacturing S/N: XXXXX6  Battery capacity: 100% | | |
| 2 | 03 May 2015 15:06:28 | Firmware Update | FW Bundle, Rev. 04.010, 7/23/14 | | |
| 3 | 03 May 2015 15:06:28 | Firmware Update | MC, Rev. 04.010, 7/23/14 | | |
| 4 | 03 May 2015 15:06:28 | Firmware Update | LDR, Rev. 04.009, 7/22/14 | | |
| 5 | 03 May 2015 15:06:28 | Firmware Update | HVM, Rev. 01.022, 6/6/14 | | |
| 6 | 03 May 2015 15:06:28 | Armed | | 29 | 100 |
| 7 | 03 May 2015 15:06:39 | Safe | 11 | 29 | 99 |
| 8 | 03 May 2015 15:55:50 | Power Magazine Change | Standard S/N: 197227  Battery capacity: 74% | | |
| 9 | 03 May 2015 15:55:50 | Armed | | 27 | 74 |
| 10 | 03 May 2015 15:55:51 | Safe | 1 | 26 | 74 |
| 11 | 03 May 2015 18:51:20 | Power Magazine Change | Manufacturing S/N: DPM000  Battery capacity: 100% | | |
| 12 | 03 May 2015 18:51:20 | Armed | | 25 | 100 |
| 13 | 03 May 2015 18:51:21 | Trigger | 5 | | 100 |
| 14 | 03 May 2015 18:51:29 | Trigger | 5 | | 99 |
| 15 | 03 May 2015 18:51:36 | Trigger | 5 | | 99 |
| 16 | 03 May 2015 18:51:41 | Trigger | 5 | | 99 |
| 17 | 03 May 2015 18:51:47 | Trigger | 5 | | 99 |
| 18 | 03 May 2015 18:51:52 | Trigger | 5 | | 99 |
| 19 | 03 May 2015 18:51:57 | Trigger | 5 | | 99 |
| 20 | 03 May 2015 18:52:03 | Trigger | 5 | | 99 |

EXHIBIT D

CLT-(WILLIAMS)-000079

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 21 | 03 May 2015 18:52:08 | Trigger | 5 | | 99 |
| 22 | 03 May 2015 18:52:14 | Trigger | 5 | | 99 |
| 23 | 03 May 2015 18:52:20 | Trigger | 5 | | 99 |
| 24 | 03 May 2015 18:52:26 | Safe | 66 | 32 | 99 |
| 25 | 03 May 2015 19:10:22 | Armed | | 27 | 100 |
| 26 | 03 May 2015 19:10:23 | Trigger | 5 | | 100 |
| 27 | 03 May 2015 19:10:34 | Trigger | 5 | | 99 |
| 28 | 03 May 2015 19:10:39 | Safe | 17 | 27 | 99 |
| 29 | 03 May 2015 19:10:42 | Configuration | | | |
| 30 | 03 May 2015 19:10:44 | Configuration Exit | | | |
| 31 | 03 May 2015 19:10:44 | Armed | | 28 | 100 |
| 32 | 03 May 2015 19:10:45 | Safe | 1 | 28 | 100 |
| 33 | 03 May 2015 19:10:53 | Power Magazine Change | Standard S/N: 197235 Battery capacity: 79% | | |
| 34 | 03 May 2015 19:10:53 | Armed | | 28 | 79 |
| 35 | 03 May 2015 19:10:55 | Safe | 2 | 29 | 79 |
| 36 | 03 May 2015 19:11:15 | USB Connected | | | |
| 37 | 03 May 2015 19:11:31 | Firmware Update | MC, Rev. 04.010, 7/23/14 | | |
| 38 | 03 May 2015 19:11:31 | Firmware Update | LDR, Rev. 04.009, 7/22/14 | | |
| 39 | 03 May 2015 19:11:31 | Firmware Update | HVM, Rev. 01.022, 6/6/14 | | |
| 40 | 03 May 2015 19:11:32 | Time Sync | 03 May 2015 19:11:32 to 03 May 2015 19:11:32 | | |
| 41 | 25 Aug 2015 18:59:14 | Power Magazine Change | Standard S/N: 262059 Battery capacity: 100% | | |
| 42 | 25 Aug 2015 18:59:14 | Armed | | 26 | 100 |
| 43 | 25 Aug 2015 18:59:21 | Safe | 7 | 27 | 99 |
| 44 | 25 Aug 2015 19:00:00 | Armed | | 27 | 99 |
| 45 | 25 Aug 2015 19:00:07 | Safe | 7 | 27 | 99 |
| 46 | 25 Aug 2015 19:00:08 | Armed | | 27 | 99 |
| 47 | 25 Aug 2015 19:00:17 | Safe | 9 | 28 | 99 |
| 48 | 25 Aug 2015 19:00:54 | Armed | | 28 | 99 |
| 49 | 25 Aug 2015 19:00:56 | Safe | 2 | 28 | 99 |
| 50 | 25 Aug 2015 19:01:29 | Armed | | 28 | 99 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 51 | 25 Aug 2015 19:01:31 | Safe | 2 | 29 | 99 |
| 52 | 25 Aug 2015 19:01:38 | Armed | | 28 | 99 |
| 53 | 25 Aug 2015 19:01:46 | Safe | 8 | 28 | 99 |
| 54 | 25 Aug 2015 19:28:25 | Armed | | 28 | 99 |
| 55 | 25 Aug 2015 19:28:39 | Safe | 14 | 29 | 99 |
| 56 | 25 Aug 2015 20:16:19 | Armed | | 28 | 99 |
| 57 | 25 Aug 2015 20:16:20 | Safe | 1 | 28 | 99 |
| 58 | 25 Aug 2015 20:16:21 | Armed | | 28 | 99 |
| 59 | 25 Aug 2015 20:16:23 | Safe | 2 | 28 | 99 |
| 60 | 26 Aug 2015 16:05:17 | Armed | | 29 | 99 |
| 61 | 26 Aug 2015 16:05:18 | Safe | 1 | 29 | 99 |
| 62 | 26 Aug 2015 16:05:19 | Armed | | 29 | 99 |
| 63 | 26 Aug 2015 16:05:20 | Safe | 1 | 29 | 99 |
| 64 | 26 Aug 2015 20:08:23 | Armed | | 28 | 99 |
| 65 | 26 Aug 2015 20:08:37 | Safe | 14 | 28 | 99 |
| 66 | 28 Aug 2015 20:02:35 | Armed | | 31 | 99 |
| 67 | 28 Aug 2015 20:02:37 | Safe | 2 | 31 | 99 |
| 68 | 31 Aug 2015 23:35:33 | Armed | | 28 | 99 |
| 69 | 31 Aug 2015 23:35:35 | Safe | 2 | 29 | 99 |
| 70 | 06 Sep 2015 13:28:55 | Armed | | 27 | 99 |
| 71 | 06 Sep 2015 13:28:57 | Trigger | 1 | | 99 |
| 72 | 06 Sep 2015 13:28:58 | Safe | 3 | 28 | 99 |
| 73 | 08 Sep 2015 11:59:55 | Armed | | 27 | 99 |
| 74 | 08 Sep 2015 11:59:59 | Safe | 4 | 27 | 99 |
| 75 | 08 Sep 2015 12:00:02 | Armed | | 27 | 99 |
| 76 | 08 Sep 2015 12:00:02 | Trigger | 1 | | 99 |
| 77 | 08 Sep 2015 12:00:02 | Safe | 0 | 27 | 99 |
| 78 | 10 Sep 2015 15:23:06 | Armed | | 25 | 99 |
| 79 | 10 Sep 2015 15:23:07 | Safe | 1 | 24 | 99 |
| 80 | 10 Sep 2015 15:23:08 | Armed | | 24 | 99 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Bait Remaining [%] |
|---|---|---|---|---|---|
| 81 | 10 Sep 2015 15:23:08 | Safe | 0 | 24 | 99 |
| 82 | 10 Sep 2015 15:23:19 | Armed | | 24 | 99 |
| 83 | 10 Sep 2015 15:23:19 | Safe | 0 | 25 | 99 |
| 84 | 10 Sep 2015 15:23:22 | Armed | | 24 | 99 |
| 85 | 10 Sep 2015 15:23:23 | Trigger | 1 | | 99 |
| 86 | 10 Sep 2015 15:23:24 | Safe | 2 | 24 | 99 |
| 87 | 10 Sep 2015 15:24:16 | Armed | | 25 | 99 |
| 88 | 10 Sep 2015 15:24:22 | Safe | 6 | 25 | 99 |
| 89 | 11 Sep 2015 16:39:31 | Armed | | 28 | 99 |
| 90 | 11 Sep 2015 16:39:31 | Trigger | 1 | | 99 |
| 91 | 11 Sep 2015 16:39:32 | Safe | 1 | 28 | 99 |
| 92 | 15 Sep 2015 15:37:20 | Armed | | 31 | 99 |
| 93 | 15 Sep 2015 15:37:46 | Safe | 26 | 33 | 99 |
| 94 | 18 Sep 2015 12:14:50 | Armed | | 27 | 99 |
| 95 | 18 Sep 2015 12:14:52 | Trigger | 1 | | 99 |
| 96 | 18 Sep 2015 12:14:52 | Safe | 2 | 26 | 99 |
| 97 | 06 Oct 2015 21:19:30 | Armed | | 28 | 99 |
| 98 | 06 Oct 2015 21:19:49 | Safe | 19 | 29 | 99 |
| 99 | 06 Oct 2015 21:21:05 | Armed | | 29 | 99 |
| 100 | 06 Oct 2015 21:21:06 | Safe | 1 | 29 | 99 |
| 101 | 15 Oct 2015 17:31:32 | Armed | | 35 | 99 |
| 102 | 15 Oct 2015 17:31:35 | Trigger | 1 | | 99 |
| 103 | 15 Oct 2015 17:31:36 | Safe | 4 | 34 | 99 |
| 104 | 15 Oct 2015 17:31:39 | Armed | | 34 | 99 |
| 105 | 15 Oct 2015 17:31:40 | Safe | 1 | 35 | 99 |
| 106 | 16 Oct 2015 09:52:13 | Armed | | 25 | 99 |
| 107 | 16 Oct 2015 09:52:22 | Trigger | 1 | | 99 |
| 108 | 16 Oct 2015 09:52:23 | Safe | 10 | 25 | 99 |
| 109 | 19 Oct 2015 23:41:35 | Armed | | 27 | 99 |
| 110 | 19 Oct 2015 23:41:36 | Safe | 1 | 26 | 99 |

CLT-(WILLIAMS)-000082

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 111 | 19 Oct 2015 23:41:44 | Armed |   | 26 | 99 |
| 112 | 19 Oct 2015 23:41:45 | Safe | 1 | 27 | 99 |
| 113 | 26 Oct 2015 19:11:57 | Armed |   | 27 | 99 |
| 114 | 26 Oct 2015 19:11:59 | Safe | 2 | 27 | 99 |
| 115 | 26 Oct 2015 19:12:01 | Armed |   | 28 | 99 |
| 116 | 26 Oct 2015 19:12:05 | Safe | 4 | 27 | 99 |
| 117 | 26 Oct 2015 19:12:07 | Armed |   | 27 | 99 |
| 118 | 26 Oct 2015 19:13:56 | Safe | 109 | 32 | 99 |
| 119 | 26 Oct 2015 19:13:57 | Armed |   | 33 | 99 |
| 120 | 26 Oct 2015 19:15:13 | Safe | 76 | 35 | 99 |
| 121 | 26 Oct 2015 19:15:19 | Armed |   | 35 | 99 |
| 122 | 26 Oct 2015 19:15:19 | Trigger | 1 |   | 99 |
| 123 | 26 Oct 2015 19:15:20 | Safe | 1 | 34 | 99 |
| 124 | 30 Oct 2015 22:33:59 | Armed |   | 28 | 99 |
| 125 | 30 Oct 2015 22:34:02 | Safe | 3 | 28 | 99 |
| 126 | 10 Nov 2015 18:46:07 | Armed |   | 29 | 99 |
| 127 | 10 Nov 2015 18:46:08 | Safe | 1 | 29 | 99 |
| 128 | 08 Dec 2015 19:36:19 | Armed |   | 20 | 99 |
| 129 | 08 Dec 2015 19:36:21 | Safe | 2 | 20 | 99 |
| 130 | 14 Dec 2015 16:56:39 | Armed |   | 26 | 99 |
| 131 | 14 Dec 2015 16:56:41 | Safe | 2 | 26 | 99 |
| 132 | 24 Dec 2015 16:38:56 | Armed |   | 26 | 99 |
| 133 | 24 Dec 2015 16:39:05 | Trigger | 1 |   | 99 |
| 134 | 24 Dec 2015 16:39:06 | Safe | 10 | 27 | 99 |
| 135 | 27 Dec 2015 19:06:58 | Armed |   | 26 | 99 |
| 136 | 27 Dec 2015 19:06:58 | Trigger | 1 |   | 99 |
| 137 | 27 Dec 2015 19:06:59 | Safe | 1 | 27 | 99 |
| 138 | 06 Jan 2016 17:05:31 | Armed |   | 21 | 99 |
| 139 | 06 Jan 2016 17:05:34 | Safe | 3 | 21 | 99 |
| 140 | 06 Jan 2016 17:05:51 | Armed |   | 21 | 99 |

CLT-(WILLIAMS)-000083

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 141 | 06 Jan 2016 17:06:07 | Safe | 16 | 21 | 99 |
| 142 | 06 Jan 2016 17:06:49 | Armed |  | 22 | 99 |
| 143 | 06 Jan 2016 17:06:51 | Safe | 2 | 21 | 99 |
| 144 | 17 Jan 2016 14:21:38 | Armed |  | 15 | 99 |
| 145 | 17 Jan 2016 14:21:39 | Trigger | 1 |  | 99 |
| 146 | 17 Jan 2016 14:21:39 | Safe | 1 | 15 | 99 |
| 147 | 17 Jan 2016 14:23:46 | Armed |  | 16 | 99 |
| 148 | 17 Jan 2016 14:24:18 | Safe | 32 | 18 | 99 |
| 149 | 17 Jan 2016 14:24:18 | Armed |  | 18 | 99 |
| 150 | 17 Jan 2016 14:24:20 | Trigger | 5 |  | 99 |
| 151 | 17 Jan 2016 14:24:26 | Safe | 8 | 18 | 98 |
| 152 | 17 Jan 2016 14:26:13 | Armed |  | 18 | 98 |
| 153 | 17 Jan 2016 14:26:14 | Trigger | 1 |  | 98 |
| 154 | 17 Jan 2016 14:26:15 | Safe | 2 | 18 | 98 |
| 155 | 17 Jan 2016 14:26:24 | Armed |  | 19 | 98 |
| 156 | 17 Jan 2016 14:26:25 | Trigger | 1 |  | 98 |
| 157 | 17 Jan 2016 14:26:26 | Safe | 2 | 18 | 98 |
| 158 | 17 Jan 2016 14:26:31 | Armed |  | 19 | 98 |
| 159 | 17 Jan 2016 14:26:33 | Safe | 2 | 18 | 98 |
| 160 | 17 Jan 2016 14:26:40 | Armed |  | 19 | 98 |
| 161 | 17 Jan 2016 14:26:41 | Trigger | 1 |  | 98 |
| 162 | 17 Jan 2016 14:26:42 | Safe | 2 | 19 | 98 |
| 163 | 28 Jan 2016 19:27:45 | Armed |  | 22 | 98 |
| 164 | 28 Jan 2016 19:28:19 | Safe | 34 | 23 | 98 |
| 165 | 28 Jan 2016 19:28:24 | Armed |  | 24 | 98 |
| 166 | 28 Jan 2016 19:29:13 | Safe | 49 | 26 | 98 |
| 167 | 28 Jan 2016 19:29:21 | Armed |  | 26 | 98 |
| 168 | 28 Jan 2016 19:29:24 | Safe | 3 | 27 | 98 |
| 169 | 28 Jan 2016 19:29:29 | Armed |  | 27 | 98 |
| 170 | 28 Jan 2016 19:31:08 | Safe | 99 | 30 | 98 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 171 | 08 Feb 2016 18:14:19 | Armed |  | 23 | 98 |
| 172 | 08 Feb 2016 18:14:20 | Trigger | 5 |  | 98 |
| 173 | 08 Feb 2016 18:14:32 | Safe | 13 | 23 | 98 |
| 174 | 26 Feb 2016 21:21:21 | Armed |  | 24 | 98 |
| 175 | 26 Feb 2016 21:21:29 | Safe | 8 | 25 | 98 |
| 176 | 07 Mar 2016 14:13:16 | Armed |  | 24 | 98 |
| 177 | 07 Mar 2016 14:13:18 | Trigger | 5 |  | 98 |
| 178 | 07 Mar 2016 14:13:28 | Safe | 12 | 25 | 98 |
| 179 | 07 Mar 2016 14:14:05 | Armed |  | 24 | 98 |
| 180 | 07 Mar 2016 14:14:12 | Safe | 7 | 25 | 98 |
| 181 | 22 Mar 2016 20:24:47 | Armed |  | 23 | 98 |
| 182 | 22 Mar 2016 20:27:28 | Trigger | 1 |  | 98 |
| 183 | 22 Mar 2016 20:27:29 | Safe | 162 | 31 | 97 |
| 184 | 22 Mar 2016 20:27:32 | Armed |  | 31 | 97 |
| 185 | 22 Mar 2016 20:27:43 | Trigger | 1 |  | 97 |
| 186 | 22 Mar 2016 20:27:44 | Safe | 12 | 31 | 97 |
| 187 | 22 Mar 2016 20:27:49 | Armed |  | 31 | 97 |
| 188 | 22 Mar 2016 20:28:05 | Safe | 16 | 31 | 97 |
| 189 | 22 Mar 2016 20:28:08 | Armed |  | 31 | 97 |
| 190 | 22 Mar 2016 20:28:10 | Trigger | 5 |  | 97 |
| 191 | 22 Mar 2016 20:28:16 | Safe | 8 | 31 | 97 |
| 192 | 27 Mar 2016 23:25:57 | Armed |  | 23 | 97 |
| 193 | 27 Mar 2016 23:26:08 | Safe | 11 | 23 | 97 |
| 194 | 28 Mar 2016 01:56:36 | Armed |  | 27 | 97 |
| 195 | 28 Mar 2016 01:56:49 | Safe | 13 | 27 | 97 |
| 196 | 30 Mar 2016 19:40:09 | Armed |  | 28 | 97 |
| 197 | 30 Mar 2016 19:40:11 | Safe | 2 | 28 | 97 |
| 198 | 30 Mar 2016 19:40:14 | Armed |  | 28 | 97 |
| 199 | 30 Mar 2016 19:40:17 | Safe | 3 | 29 | 97 |
| 200 | 30 Mar 2016 19:42:06 | Armed |  | 28 | 97 |

CLT-(WILLIAMS)-000085

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 201 | 30 Mar 2016 19:42:07 | Safe | 1 | 28 | 97 |
| 202 | 30 Mar 2016 19:42:09 | Armed | | 28 | 97 |
| 203 | 30 Mar 2016 19:42:20 | Safe | 11 | 28 | 97 |
| 204 | 02 Aug 2016 17:29:58 | Armed | | 26 | 97 |
| 205 | 02 Aug 2016 17:30:01 | Safe | 3 | 26 | 97 |
| 206 | 02 Aug 2016 17:30:49 | Armed | | 26 | 97 |
| 207 | 02 Aug 2016 17:30:50 | Safe | 1 | 26 | 97 |
| 208 | 09 Aug 2016 14:03:53 | Armed | | 31 | 97 |
| 209 | 09 Aug 2016 14:03:54 | Safe | 1 | 31 | 97 |
| 210 | 09 Aug 2016 14:03:56 | Armed | | 31 | 97 |
| 211 | 09 Aug 2016 14:03:58 | Trigger | 5 | | 97 |
| 212 | 09 Aug 2016 14:04:03 | Safe | 7 | 31 | 97 |
| 213 | 22 Aug 2016 12:31:18 | Armed | | 27 | 97 |
| 214 | 22 Aug 2016 12:31:20 | Trigger | 5 | | 97 |
| 215 | 22 Aug 2016 12:31:26 | Safe | 8 | 28 | 97 |
| 216 | 22 Aug 2016 12:31:45 | USB Connected | | | |
| 217 | 22 Aug 2016 12:21:39 | Time Sync | 22 Aug 2016 12:31:50 to 22 Aug 2016 12:21:39 | | |
| 218 | 22 Aug 2016 12:23:45 | Firmware Update | HVM, Rev. 01.025, 8/4/15 | | |
| 219 | 22 Aug 2016 12:23:51 | Firmware Update | FW Bundle, Rev. 04.024, 6/28/16 | | |
| 220 | 22 Aug 2016 12:23:51 | Firmware Update | MC, Rev. 04.024, 6/28/16 | | |
| 221 | 22 Aug 2016 12:23:51 | Firmware Update | LDR, Rev. 04.013, 12/16/14 | | |
| 222 | 22 Aug 2016 12:23:57 | Time Sync | 22 Aug 2016 12:23:57 to 22 Aug 2016 12:23:57 | | |
| 223 | 22 Aug 2016 18:15:36 | Armed | | 23 | 97 |
| 224 | 22 Aug 2016 18:15:37 | Safe | 1 | 24 | 97 |
| 225 | 22 Aug 2016 18:17:25 | Armed | | 24 | 97 |
| 226 | 22 Aug 2016 18:18:06 | Safe | 41 | 27 | 97 |
| 227 | 24 Aug 2016 14:07:36 | Armed | | 26 | 96 |
| 228 | 24 Aug 2016 14:07:37 | Safe | 1 | 27 | 96 |
| 229 | 31 Oct 2016 11:17:09 | Armed | | 26 | 93 |
| 230 | 31 Oct 2016 11:17:18 | Trigger | 5 | | 93 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 231 | 31 Oct 2016 11:17:37 | Safe | 28 | 28 | 93 |
| 232 | 01 Nov 2016 15:51:09 | Armed | | 26 | 93 |
| 233 | 01 Nov 2016 15:51:10 | Safe | 1 | 26 | 93 |
| 234 | 09 Nov 2016 13:49:51 | Armed | | 28 | 93 |
| 235 | 09 Nov 2016 14:08:14 | Safe | 1103 | 47 | 89 |
| 236 | 08 Dec 2016 13:51:03 | Armed | | 21 | 87 |
| 237 | 08 Dec 2016 13:51:07 | Safe | 4 | 21 | 87 |
| 238 | 12 Dec 2016 14:34:26 | Armed | | 25 | 87 |
| 239 | 12 Dec 2016 14:34:44 | Safe | 18 | 26 | 87 |
| 240 | 12 Dec 2016 14:34:54 | Armed | | 27 | 87 |
| 241 | 12 Dec 2016 14:34:55 | Safe | 1 | 27 | 87 |
| 242 | 13 Dec 2016 08:35:57 | Armed | | 26 | 87 |
| 243 | 13 Dec 2016 08:36:00 | Safe | 3 | 25 | 87 |
| 244 | 13 Dec 2016 08:41:30 | Armed | | 27 | 87 |
| 245 | 13 Dec 2016 08:41:31 | Safe | 1 | 27 | 87 |
| 246 | 13 Dec 2016 08:54:46 | Armed | | 29 | 87 |
| 247 | 13 Dec 2016 08:54:51 | Safe | 5 | 28 | 87 |
| 248 | 13 Dec 2016 08:55:03 | Armed | | 28 | 87 |
| 249 | 13 Dec 2016 08:56:25 | Safe | 82 | 33 | 87 |
| 250 | 14 Dec 2016 11:47:19 | Armed | | 21 | 87 |
| 251 | 14 Dec 2016 11:47:21 | Trigger | 5 | | 87 |
| 252 | 14 Dec 2016 11:49:26 | Safe | 127 | 27 | 86 |
| 253 | 14 Dec 2016 15:04:51 | Armed | | 22 | 86 |
| 254 | 14 Dec 2016 15:04:52 | Safe | 1 | 22 | 86 |
| 255 | 16 Dec 2016 08:22:30 | Armed | | 21 | 86 |
| 256 | 16 Dec 2016 08:22:32 | Safe | 2 | 22 | 86 |
| 257 | 16 Dec 2016 08:31:36 | USB Connected | | | |
| 258 | 16 Dec 2016 08:30:28 | Time Sync | 16 Dec 2016 08:31:37 to 16 Dec 2016 08:30:28 | | |