STATE OF MISSISSIPPI

COUNTY OF JONES

### AFFIDAVIT

Personally appeared before me the undersigned authority, in and for said county and state, Jeff Monk, who after being duly sworn states on oath as follows:

1. I, Jeff Monk, am of the age of majority and competent to testify about the matters stated herein and make this affidavit having full personal knowledge of the facts contained herein.

2. I am currently employed by the Jones County Sheriff's Department.

3. On December 14, 2016, I was not involved in the arrest of David Williams.

4. I arrived at the scene after Mr. Williams had been handcuffed and placed in a police car.

5. I did not use any force on Mr. Williams much less excessive force at any point in time and deny any allegations to the contrary.

Further, the Affiant saith not.

JEFF MONK

Sworn and subscribed before me this the 17th day of October, 2018.

NOTARY PUBLIC

My Commission Expires:

