# JONES COUNTY SHERIFFS DEPT.

PRINT DATE: 02/01/2018          NUMBER: 2016033854                                    Page 1

Received: 12/12/2016  15:00   Incident No: 2016033854                  Signal: S19V
Dispatched: 12/12/2016  15:00   Location: 330 N 16TH AVE LAUREL
Enroute:                        Occurrence: 12/12/2016  15:00
Arrived: 12/12/2016  15:00
Completed: 12/12/2016  16:00
Status Date/Time: 01/27/2017 14:48  Status: CLEARED BY ARREST    Clearance:
Status Date/Time: 12/12/2016 16:11  Status: PENDING              Clearance:

********** **OFFENDER** **********

| | | |
|---|---|---|
| ID # 2011080168 | WADE, CODY ANDREW | Home/Business |
| | , ELLISVILLE MS 394800000 | (601) |
| TYPE OF INDIVIDUAL I | | (601) |
| | | (601) |

DOB:          AGE: 19  +/-00   RACE:W        SEX:M         Height: 5-9    Weight: 150  SSN:
OLN:                    State: MS  Class: R  Commercial:   Birth City/State:
Appearance:         Build:              Complexion:         Ethnicity:N          Eyes: BRO
Hair: BRO       Hair Length:        Hair Style:         Resident: R          M.O.:
EMPLOYER:

HATE/BIAS MOTIVATED: UNKNOWN                      CLOTHING:
OFFENDER USED: NOT APPLICABLE

**OFFENSE**   1    OFFENSE (RS #)  97-17-70         ATT/COMP   C
                   RECIEVING STOLEN PROPERTY-FEL(

********** **OFFENDER** **********

| | | |
|---|---|---|
| ID # 2016120102 | WILLIAMS, TAYLOR DREW | Home/Business |
| | , LAUREL MS 0000 | (601) |
| TYPE OF INDIVIDUAL I | | (601) |
| | | (601) |

DOB:          AGE: 15  +/-00   RACE:W        SEX:M         Height: 0-0   Weight: 0    SSN: 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
OLN:                    State: MS  Class:    Commercial:   Birth City/State:
Appearance:         Build:              Complexion:         Ethnicity:N          Eyes:
Hair:           Hair Length:        Hair Style:         Resident: R          M.O.:
EMPLOYER:

HATE/BIAS MOTIVATED: UNKNOWN                      CLOTHING:
OFFENDER USED: NOT APPLICABLE

**OFFENSE**   1    OFFENSE (RS #)  97-17-70         ATT/COMP   C
                   RECIEVING STOLEN PROPERTY-FEL(

********** **OFFENDER** **********

| | | |
|---|---|---|
| ID # 2006100473 | WILLIAMS, DAVID DREW | Home/Business |
| | 651 ORANGE DR , LAUREL MS 394430000 | (601) |
| TYPE OF INDIVIDUAL I | | (601) |
| | | (601) |


EXHIBIT G

CLT-(WILLIAMS)-000089

# JONES COUNTY SHERIFFS DEPT.

PRINT DATE: 02/01/2018          NUMBER: 2016033854                               Page 2

DOB:            AGE: 41  +/-00  RACE:W          SEX:M           Height: 6-0    Weight:210  SSN:
OLN:                            State:MS Class: R  Commercial:  Birth City/State:
Appearance:             Build: 7            Complexion:         Ethnicity:N           Eyes:BRO
Hair: BRO     Hair Length:          Hair Style:         Resident: R        M.O.:
EMPLOYER:

HATE/BIAS MOTIVATED: UNKNOWN                          CLOTHING:
OFFENDER USED: NOT APPLICABLE

**OFFENSE**  1     OFFENSE (RS #)  97-17-70             ATT/COMP   C
                   RECIEVING STOLEN PROPERTY-FEL

*********** OFFENDER ***********

ID # 2008040161          BUKER, PAUL                                             Home/Business
                                     , LAUREL MS 000000000                       (601)
     TYPE OF INDIVIDUAL  I                                                       (601)
                                                                                 (601)

DOB:            AGE: 43  +/-00  RACE:W          SEX:M           Height: 6-0    Weight:185  SSN:
OLN:                            State:FL Class:     Commercial: 1  Birth City/State:
Appearance:30           Build: 2            Complexion: 11      Ethnicity:N           Eyes:BRO
Hair: BLK     Hair Length: 10        Hair Style:         Resident: R        M.O.:
EMPLOYER:

HATE/BIAS MOTIVATED: UNKNOWN                          CLOTHING: SLOPPY
OFFENDER USED: NOT APPLICABLE

*********** OFFENDER ***********

ID # 2009120062          HANCOCK, BAILEE                                         Home/Business
                                     , LAUREL MS 00000000                        (601)
     TYPE OF INDIVIDUAL  I                                                       (601)
                                                                                 (601)

DOB:            AGE: 20  +/-00  RACE:W          SEX:M           Height: 5-10   Weight:170  SSN:
OLN:                            State:MS Class:     Commercial:    Birth City/State:
Appearance:             Build:              Complexion:           Ethnicity:U           Eyes:GRN
Hair: BRO     Hair Length:          Hair Style:         Resident: U        M.O.:
EMPLOYER:

HATE/BIAS MOTIVATED: UNKNOWN                          CLOTHING:
OFFENDER USED: NOT APPLICABLE

*********** OFFENDER ***********

ID # 2007030683          WILLIAMS, STEPHAINE LYNN                                Home/Business
                                     , LAUREL MS 00000000                        (601)
     TYPE OF INDIVIDUAL  I                                                       (601)
                                                                                 (601)

# JONES COUNTY SHERIFFS DEPT.

PRINT DATE: 02/01/2018     NUMBER: 2016033854     Page 3

DOB:    AGE: 42 +/-00    RACE:W    SEX:F    Height: 50-4    Weight: 160    SSN:
OLN:                   State: MS    Class:    Commercial    Birth City/State:
Appearance: 40    Build: 2    Complexion: 06    Ethnicity:N    Eyes:GRN
Hair: RED    Hair Length:    Hair Style:    Resident: R    M.O.:
EMPLOYER:

HATE/BIAS MOTIVATED: UNKNOWN            CLOTHING: DIRTY/SLOPPY
OFFENDER USED: NOT APPLICABLE

********** OFFENDER **********

ID # 2009090381    GIBSON, DAVID SHAWN                      Home/Business
                          , LAUREL MS 00000000                        (601)
TYPE OF INDIVIDUAL I                                               (601)
                                                                           (601)

DOB:    AGE: 52 +/-00    RACE:W    SEX:M    Height: 5-5    Weight: 115    SSN:
OLN:                   State: MS    Class:    Commercial:    Birth City/State:
Appearance:    Build:    Complexion:    Ethnicity:N    Eyes:BRO
Hair: BRO    Hair Length:    Hair Style:    Resident: R    M.O.:
EMPLOYER:

HATE/BIAS MOTIVATED: UNKNOWN            CLOTHING:
OFFENDER USED: NOT APPLICABLE

********** VICTIM(S) **********

ID # 2005040005    STATE OF MISSISSIPPI,                      Home/Business
                          0 , LAUREL MS 00000000
TYPE OF INDIVIDUAL S

DOB: / /    AGE: 0 +/-00    RACE:U    SEX:U    Height: 0-0    Weight: 0    SSN: 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
OLN:                   State:    Class:    Commercial:    Birth City/State:
Appearance:    Build:    Complexion:    Ethnicity:U    Eyes:
Hair:    Hair Length:    Hair Style:    Resident: R    M.O.:
EMPLOYER:

INJURY TYPE(S): ☐ None ☐ Broken Bones ☐ Internal ☐ Lacerations ☐ Minor ☐ Major ☐ Teeth ☐ Unconscious

***** ASSIGNED DETECTIVE *****
MYERS, CHARLES JASON

***** ASSISTING DETECTIVE(S) *****
GABLE, JASON SCOTT

# JONES COUNTY SHERIFFS DEPT.

PRINT DATE: 02/01/2018     **NUMBER: 2016033854**     Page 4

Agency: JCSO
Incident No: 2016033854

Author: MYERS, CHARLES JASON
Title: INVESTIGATIVE REPORT
Date Entered: 12/12/2016

Report Type: I

Investigative Report
SGT Charles J. Myers (SO 29)
December 12, 2016

    On December 12, 2016 I was contacted by SGT Scott Gable in reference to this case. He advised that Mr. Price Cook of the Gold Mine Pawn Shop called him, advising that David Williams was in his shop attempting to sell Stihl chain saws. These saws were from a burglary in Jasper County. I already had an active warrant for Williams, and immediately went there to attempt to make the arrest. We were unable to catch him, but he did leave behind his son (Taylor Drew Williams) and another white male (Cody Andrew Wade). We conducted an extensive search of the surrounding area, assisted by LPD and MHP units—all with negative contact. We went back to the pawn shop after the search, and arrested the two others (Taylor and Cody) when we found that the truck they were driving in (a 1999 Chevrolet Silverado, AL tag# 5AR9567) was stolen. Plans were made to charge them, and David, with Receiving Stolen Property.
    On December 13, 2016 we received a tip that David was at Josh Maxey's home in Laurel. We attempted to serve the arrest warrant, but found that he was not there. Throughout the day, we also checked other possible leads—350 Rose Lane (Danny Odom's residence)—all with negative contact.
    On the same date, CPT Robert Morris (Jasper 3) and I also conducted an interview of Cody Wade. In it, he denied knowing the saws were stolen and having anything to do with the Larceny in Jasper County. He admitted to driving a 4-wheeler that matched the one from the Jasper County theft from Chris Williamson's house to the camper that Stephanie Williams (AKA "Red") and David were staying in. Wade waived his right to an initial appearance, and his bond was set via telephone by Judge Lyons at $5,000.
    After Wade's interview, we also conducted an interview of Stephanie Williams (AKA "Red"). She admitted to letting David stay with her at the camper in Jasper County, even after she was warned not to do so by SGT Jody White (SO 30) weeks ago when he and I searched the area for David on another case (see JCSO case# 2016-03-1681). She told us that she knew David was wanted, and that she had agreed to let us know if he came to her for assistance. Due to her failing to advise the authorities of his whereabouts, she was taken to Jasper County and charged with Accessory after the Fact (Grand Larceny) by Morris. Her bond was set at $2,000 and she was bonded out by Robert Grayson later that day.
    On December 14, 2016 plans were made to take David into custody. It was determined that Josh Maxey would agree to pay off David for "infractions" in the Aryan Brotherhood. David was to meet Maxey at the Shell service station across from Parker Drive for the money to be delivered. We had intelligence that he was armed with a 7mm magnum rifle and a large handgun. We arranged multiple units (including Troopers from MHP) to cover all avenues of approach and escape in an effort to apprehend David. He told Maxey "I'm going to be in a truck nobody knows", so we did not have a proper vehicle description. As we were trying to get set up in accordance with our plan, Maxey called and advised that David had just left his trailer with the money, driving a Ford Ranger bearing a Jones County tag# JQ5 174. We were also advised by SGT Jeff Monk that he had just seen that vehicle (occupied two times) on Bush Dairy Road, driving west. SGT White and I were on

# JONES COUNTY SHERIFFS DEPT.

PRINT DATE: 02/01/2018          NUMBER: 2016033854                    Page 5

MS HWY 15 north, and decided to go to Springhill Road in an effort to head off the truck. While en route to our preplanned position, we saw the truck driving north on MS HWY 15. We activated our blue lights and siren in the unmarked unit and the truck began to accelerate. The truck then turned east on Morris Brown road and immediately turned north into the first driveway. I followed, with my emergency lights and siren still activated. The truck turned into the yard, driving over multiple flowerbeds and a few small trees. The driver (later identified as David) lost control of the truck and spun out besides an abandoned building. He then flung the door open and began to flee on foot. White and I exited our unit, and immediately gave chase. The passenger of the truck (later identified as Stephanie Williams, AKA "Red") remained in the vehicle. We chased David through the woods into a small thicket, gaining on him as we ran. He became entangled in an old fence, and was attempting to free himself when SGT White deployed his taser. David then fell to the ground on his face, without his hands to break the fall. We crossed the fence, and attempted to take him into custody. While he fell, the taser lines broke and David was able to regain his ability to move. While we were attempting to take him into custody, he kept his hands underneath him—making us fear he was trying to grab a weapon. After a struggle, we were able to get his hands free and affect the arrest. He was then taken back up to the truck, now abandoned by the passenger. Other units arrived on scene, and a search of the truck yielded methamphetamine and multiple phones, as well as Stephanie's purse. The truck was identified as belonging to a Bailey Hancock from here in Jones County. A short time later, Stephanie was observed attempting to cross a pipeline clearing and was taken into custody without incident. Both were transported to the JCADF, where David was charged with five counts of Receiving Stolen Property, Felony Fleeing, and Resisting Arrest. Stephanie was charged with Accessory After the Fact. Due to David's evident inebriation from recent drug use, plans were made to question him and Stephanie on Friday, December 16, 2016 with their bond hearings to follow.

    The following day (December 16, 2016) Robert Morris and I conducted an interview of Stephanie Williams first. She finally told us the entire chain of events leading to their capture—how they had stayed at Paul Buker's house on MS 15 North, Bailee Hancock's, and "Sonny" Gibson's assistance, and their plans to pull the camper to the Mississippi Gulf Coast area. After finishing with Stephanie, we questioned David Drew. He denied any wrongdoing in the case initially, but then began to tell us that the missing items from Jasper County were now in Louisiana. He told us that he and his brother (Derrick Williams) had a contact there to trade the 4-wheelers and other ATV's for drugs and cash. He then began to request that we do an outlandish operation where he would arrange to meet them while wearing a tracking device. Later that day, the pair went before Judge Lyons for an initial appearance. David Drew's bond was set at $70,000 total--$10,000 per count (five counts of Receiving Stolen Property, a count of Felony Fleeing, and a count of Resisting Arrest). Stephanie's bond was set at $10,000 for a count of Accessory after the Fact. Now, with the other names given to us by Stephanie, we set out to make contact with Bailee Hancock, Paul Buker, and "Sonny" Gibson.

    We found Stephanie's camper parked behind Buker's residence. He was known to deal in stolen property, and had a locked storage container that would fit a 4-wheeler or other ATV perfectly. I obtained a search warrant for the residence and curtilage, which yielded a small amount of methamphetamine and Stephanie's camper; which was found to be full of stolen tools. A copy of the search warrant was left on the bed of the residence. It was noted that the bed closely resembled that of one where Buker and David Drew had photographed a stolen rifle they were

# JONES COUNTY SHERIFFS DEPT.

PRINT DATE: 02/01/2018          NUMBER: 2016033854          Page 6

trying to sell. Later on December 19, 2016 Buker was taken into custody. He invoked Miranda when questioned; and his bond was set at $10,000 as well for Accessory after the Fact.

Bailee Hancock was apprehended the following day (December 20, 2016). He waived Miranda in his interview; and detailed how David Drew and Stephanie were being helped by himself and Paul Buker. He also told us about "Sonny" who was also a member of the Aryan Brotherhood. He told us that the rifle in the picture was traded to Jeremy Young (AKA "Tooter"). Young was later questioned about the weapon, and another case was worked on the stolen rifle and bow (see JCSO case# 2016-03-5494). Hancock also gave us information on the final suspect—"Sonny" Gibson.

"Sonny" Gibson (later identified as David Shawn Gibson Sr) was taken into custody on January 11, 2016. He also waived Miranda, and admitted to helping David Drew. He was also questioned on an ongoing child pornography case, which he denied any involvement in. His tattoos from the Aryan Brotherhood were photographed. His bond was also set at $10,000 for an Accessory after the Fact charge as well.

After Taylor Drew Williams cooperated with Jasper County authorities attempting to recover other stolen property, I decided not to pursue charges on him in hopes that the experience will give him new perspective and help him make better choices being so young.

The case will now be marked, "Cleared by Arrest" and turned over to the District Attorney's Office for presentation to the Grand Jury.

SGT Charles J. Myers (SO 29)
January 27, 2017

# JONES COUNTY SHERIFFS DEPT.

PRINT DATE: 02/01/2018     **NUMBER: 2016033854**     Page 7

Agency: JCSO
Incident No: 2016033854

Author: GABLE, JASON SCOTT
Title: INVESTIGATOR GABLE REPORT
Date Entered: 12/21/2016

Report Type: S

On December 12, 2016 I, Sergeant Scott gable received a text massage from Price Cook, the owner of Gold Mine Pawn. Mr. Cook sent me a photo text of David Williams with a serial number to a Sthil chain saw (299894973). I called him back and told him that was David Williams and for Mr. Cook not to buy the chain saw that it may be stolen. I told him to try and keep him in the store until I could get officers headed that way. I called Central Dispatch and ran the number to the saw and it came back stolen out of Jasper County. I went to the pawn shop along with other deputies with the Jones County Sheriff's Department. Mr. Williams had already ran out of the store and was last seen running south on 16th ave. There were two boys standing on the sidewalk who was later identified as Taylor Drew Williams and Cody Andrew Wade. They told officers they were with David at the time he was trying to sell the stolen chainsaw. They were taken into custody and transported to the jail.

Sgt. Scott Gable
Jones County Sheriff's Department

CLT-(WILLIAMS)-000095

## JONES COUNTY SHERIFFS DEPT.
## EVIDENCE REPORT

Date: 12/12/2016  Called: 15:00  Arrived: 15:00  Completed 16:00    Case No: 2016033854
Location: 330    N 16TH AVE  LAUREL                                 Scene:
Victim:   STATE OF MISSISSIPPI,                                     Weather:
Offender: WADE, CODY

CLT-(WILLIAMS)-000096