# TASER
Protect Life

## SUPERVISORY TASER USE REPORT

| | | | |
|---|---|---|---|
| Suspect Name | David Williams | Report Date | 12/16/2016 |
| Location | Morris Brown Rd. | Booked | Yes |
| | | Charges | sanity |
| Officer's Name | Joseph White | Capt | Tonya Madison |
| Supervisor | Chris Cline | TASER Serial # | x120038y7 |
| Medical Facility | none | Doctor | none |
| OR# | 2016033854 | Fire DR# | none |
| Date of the Incident | 14-Dec | Time of Incident | 11:00 a.m |
| Location of the Incident | Morris Brown R. | | |
| Officer(s) Involved | Joseph White | | |
| Nature of the Call or Incident | Wanted Fugitive | | |

**Type of Subject:** ☑ Human ☐ Animal

**Type of Force Used in addition to TASER (Check all that apply):**
☐ OC/Chemical ☑ Physical ☐ Baton ☐ Impact Munition ☐ Firearm

| | |
|---|---|
| Nature of the Injuries and Medical Treatment Required. | none |
| Admitted to Hospital for Injuries | No |
| Admitted to Hospital for Psychiatric | No |
| Medical Exam | No |
| Summary of the Actions of Officer(s) Involved | White shot wanted fugitive David Williams after a car chase and foot pursuit. |
| Was an Officer, Law Enforcement Employee Injured? | No |

**Incident Type [check appropriate response(s) below]**
☐ Civil Disturbance ☑ Violent Suspect ☐ Warrant Service
☐ Suicidal ☐ Barricade ☐ Other

| | | | |
|---|---|---|---|
| Age | 40's | Sex | Male |
| Height | 6'0 | Race | white |

**Build:** ☐ Heavy ☑ Medium ☐ Thin

Suspect wearing heaving clothes: yes

**TASER Application:** ☑ Actual Use ☐ Arc Display Only ☐ Display Only

**TASER Use Mode:** ☐ Dart Probe Contact ☑ Touch Stun Contact

**Type of TASER Device [check appropriate response(s) below]**
☑ TASER X26 ☐ ADVANCED TASER M26

If ADVANCED TASER M26 what type of batteries (not TASER X26) [check appropriate response(s) below]
☐ Rechargeable NiMH ☑ Alkaline

**Type of AIR CARTRIDGE [check appropriate response(s) below]**
☐ 21-Ft Standard ☐ 21-Ft XP ☐ 15-Ft AC
☑ 25-Ft Standard ☐ 25-Ft XP ☐ 35-Ft AC


EXHIBIT H

TASER Incident Report 12/16/2016

CLT-(WILLIAMS)-000056

☑ 25-Ft Standard   ☐ 25-Ft XP   ☐ 35-Ft AC

Was a TASER CAM Attached to the TASER X26? [check appropriate response(s) below]
☐ TASER CAM Used   ☑ NO TASER CAM

| | |
|---|---|
| Approximate target distance at the time of the dart launch | |
| Need for an additional shot? | No |
| Did dart contacts penetrate the subject's skin? | yes |

Regarding the TASER X/M26:

| | |
|---|---|
| Did the application cause injury. | No |
| If yes, was the subject treated for the injury?. | No |

**DESCRIPTION OF INJURY:**

None

## APPLICATION AREAS - Points of contact

FRONT / BACK

(Back - Low Back checked)

**SYNOPSIS**

On December 14, 2014 Cpl. White and Sgt Myers was looking for wanted fugitive David Williams. White and Myers spotted Williams on Hwy 15 north in a dark colored ford truck. Williams began to run from White and Myers in the vehicle. Williams turned onto Morris Brown Rd. befor wrecking out in a private yard. Williams bailed and ran on foot White pursued and got close enough to to deploy the taser and take Williams into custody.

| | |
|---|---|
| Need for additional applications? | No |
| Did the device respond satisfactorily? | No |
| If the TASER deployment was unsuccessful was a DRIVE STUN followup used? | No |

Describe the subject's demeanor after the device was used or displayed?

F

TASER Incident Report 12/16/2016

CLT-(WILLIAMS)-000057

Suspect Under the influence:
Confirmed by: Suspect David Williams told Deputies he had been using methamphetimen prior to the incident.

Describe the danger present:
Subject David Williams was a wanted fugitive from justice and Deputies had received information that Williams was armed with a 7mm rifle and possibly a handgun.

Describe other means attempted to control the subject: (If not used, explain)

Chemical Spray Used? No
Explanation: close proximating of other Deputies

Baton or Blunt Instrument? No
Explanation:

Authorized control holds? no

Photographs Taken? No
If not, explain:

Report Completed by: Joseph White SO 30

X _____
Signature (Hard Copy)

**ADDITIONAL INFORMATION**

## INSTRUCTIONS:

1. Save this file to your hard drive. It will not email properly until after being saved.

2. Submit this report to the national TASER technology incident database.

   **Email to: Andrew@TASER.com**
   Click "File" -> "Send" -> "Mail Recipient" (send to: Andrew@TASER.com)

3. If you cannot email, please fax this report to: (480) 991-0791 Attn: Andrew Hinz, 800-978-2737 ext. 2048

4. Save a copy of this report to your department archives.

5. Print and sign a copy of this report and deliver to supervising officer for filing in department records.

F

TASER Incident Report 12/16/2016

CLT-(WILLIAMS)-000058



F

TASER Incident Report 12/16/2016

CLT-(WILLIAMS)-000059