

STATE OF MISSISSIPPI

Board on Law Enforcement Officer Standards and Training

Hereby awards this

Professional Certificate

TO

CHARLES JASON MYERS

This 30th day of MARCH, 20 06

As having qualified to be a Mississippi Law Enforcement Officer under Provisions of Chapter 474, General Laws of Mississippi, 1981.

Director
Board on Law Enforcement
Standards and Training

Chairman
Board on Law Enforcement
Standards and Training

Certificate No. 18379

EXHIBIT 1



CLT-(WILLIAMS)-000098