# JONES COUNTY ADULT DETENTION FACILITY

**Release Sheet: JCADF0000092107**

Page: 1

ID #: 2006100473
Name: **WILLIAMS, DAVID DREW**
Address:

Phone(Home/Business)                    (601) 000-0000
DOB:          **Age: 41 YRS**          Height: **6- 0**
Race: W          Sex: M          Weight: 210
Eyes: BRO          Ethnicity: N          Appearance: 40
Hair: BRO          Resident: R          Build:          2
Scars/Marks/Tattoos: 07          Complexion: 06          Birth Place:
Employer:                    FBI ID: 63044VA1          IdentA:
SSN:                    DL No.:          MS          State ID:

Booking Date: 12/14/16   Time:   13:14          Transfer(Y/N)?          Facility: JCADF
Release Date: 01/10/17   Time:   5:51          Reason for Release:   TRANSPOR
Officer: 2016040124   EZELL, SHELLY          Length of Stay:
Arrest Date:  12/14/16   Time:  13:00          Booking Officer: 2016020194   GAINEY, HILMON
Arresting Agency: JCSO          Cell Assignment: FHOLDING
Officer: 2012010095   MYERS, CHARLES          Status: MIN          Class: MDOC
Location: MORRIS BROWN          Hold Reason: CH
          LAUREL                    MS          Holding For:
Searched By: 218          Phone Call:          Sentence Date:          / /
   CLOTHING: Y          NCIC:          DETAINER:          Scheduled Release:          / /   0:00
      METAL:          WARRANT:          ESCAPE:          Court Date:
         PAT: Y          PRINTS:          Attorney:
         STRIP: Y          PHOTO: Y          Bondsman:
         CAVITY:          10-92 P/W          Supplemental To:
                    Drug Screen:

Cash:          $0.75 Vehicle Information:
Vehicle Location:
Property Description:                    Property Location: W LOCKER
1 LIGHTER
1 CHAPSTICK
1 NECKLACE
1 SILVER RING
1 WATCH
1 BRACELET
1 BELT
RING IN ENVELOPE

RELEASED TO TINA HELMS.....253/GUTHRIE

### OFFENSES

| Seq.No.: | Code: Incident Number | Description: Statute (RSA) | Court Warrant Number | Bond Amt: Fel/Misd | Bond Type: Fine Amount: |
|---|---|---|---|---|---|
| 1 | 97-17-70 | RECIEVING STOLEN PROPERTY-FELONY (MORE THA 97-17-70 | JCCC | 10,000.00 F | 0.00 |

Notes:
01/09/17,,,,went to court...waitin paperwork .....252graham
10,000.00 BOND SET PER JUDGE LYONS

| 2 | 97-17-70 | RECIEVING STOLEN PROPERTY-FELONY (MORE THA 97-17-70 | JCCC | 10,000.00 F | 0.00 |

10,000.00 BOND SET PER JUDGE LYONS

EXHIBIT
K

CLT-(WILLIAMS)-000001

# JONES COUNTY ADULT DETENTION FACILITY

Release Sheet: JCADF0000092107 | Page: 2

| 3 | 97-17-70 | RECIEVING STOLEN PROPERTY-FELONY (MORE THA<br>97-17-70 | JCCC | 10,000.00<br>F | 0.00 |

10,000.00 BOND SET PER JUDGE LYONS

| 4 | 97-17-70 | RECIEVING STOLEN PROPERTY-FELONY (MORE THA<br>97-17-70 | JCCC | 10,000.00<br>F | 0.00 |

10,000.00 BOND SET PER JUDGE LYONS

| 5 | 97-17-70 | RECIEVING STOLEN PROPERTY-FELONY (MORE THA<br>97-17-70 | JCCC | 10,000.00<br>F | 0.00 |

10,000.00 BOND SET PER JUDGE LYONS

| 6 | 97-9-72 | FELONY FLEEING IN MOTOR VEHICLE<br>97-9-72 | JCCC | 10,000.00<br>F | 0.00 |

10,000.00 BOND SET PER JUDGE LYONS

| 7 | 97-9-73 | RESISTING ARREST<br>97-9-73 | JCCC | 10,000.00<br>F | 0.00 |

10,000.00 BOND SET PER JUDGE LYONS

Release Notes:

TRANSPORTED TO MARION CO. BY OFFICER GODWIN

Total Bond Amount: $70,000.00

I HAVE RECEIVED ALL OF MY PROPERTY, EXCLUDING MY MONEY AND VALUABLES, WHICH ARE CONTAINED IN
THE SAFE. I ALSO UNDERSTAND THAT THESE ITEMS ARE TO BE PICKED UP DURING NORMAL BUSINESS
HOURS AND IF NOT PICKED UP WITHIN 90 DAYS THEY WILL BE FORFEITED AND/OR DESTROYED

Inmate's Signature _____  Date _____  Time _____

Witness _____  Date _____  Time _____

Releasing Officer _____  Date _____  Time _____

Authorized Release: 2006080186

CLT-(WILLIAMS)-000002



## Medical Treatment Form

**Alex Hodge, Sheriff**

| Date | 12-14-16 | 2:00 pm |
|------|----------|---------|

| Adult Detention | David Davis Williams | Inmate # | | Cell #. | MH |
|-----------------|--|----------|--|---------|-----|
| | | Juvenile Detention | | | |

| Jones County Inmate | ✓ | State Inmate | |
|---------------------|---|--------------|--|
| Laurel Police Dept Inmate | | Ellisville Police Dept. Inmate | |
| Other Agency | | | |

**Medical Complaint** c/o pain on Rt side of face

**Treatment** mandibular fracture noted on x-ray today. IM Toradol Given x 1 in office. Will send oral pain meds to IHS. Use ice pack on affected area. Will notify if any fracture noted by Radiology. Cataflam 50 mg bd PRN pain. Soft foods only. No meals until pt can move jaw properly.

Was inmate transported to a medical facility? Facility: EMC

Dr. or AP

Kelly J Governance, MD

Was inmate transported by ambulance?   Yes ☐  No ✓

**All use of ambulance service or hospital treatment must first be approved by Administration.**

**Was Administration notified?**   Yes ✓  No ☐

| County Pay (Adult) 6156492 | ✓ | (Juvenile) 6213147 | |
|----------------------------|---|--------------------|--|
| State Pay 6266923 | | Laurel Police Dept  Pay 5061684 | |
| Inmate Pay | | | |

I understand that I will be responsible and I will be required to pay all medical expenses.  I understand that neither the Jones County Sheriff's Department nor the Jones County Board of Supervisors will be responsible for my medical expenses while I am incarcerated in the Jones County Adult Detention Center.

Inmate Signature _____   Date _____   Print Name _____

## INDIGENCY PROCEEDING

1. What is your name?

2. Are you presently in jail or out on bond?

3. Where do you live?

4. With whom do you live?

5. Are you employed?

6. What kind of work does you do or have you done and what?

7. Do you have any dependants, if so, how many?

8. Do you have any wages due to you or owing to you at this time for work performed by you in the past which has not yet been paid?

9. Do you have a bank account?

10. Do you have a checking account?

11. Do you have a savings account?

12. Do you own any stocks or bonds?

13. Do you own a vehicle of any type, if so, make and model and what its worth and if there is anything owed on it, who has possession of it and in whose name is it registered in?

14. Do you own real property, if so, what type? _____

   Where is it located, in whose name is it titled? How much is it worth? What is Owed on it and to whom is it owed? _____

15. Do you own anything else of value that can be sold and/or converted into money for the purpose of hiring an attorney? _____

Then you make a determination whether or not they are indigent. If they are, then ask them if they want an attorney. If they so desire, then you appoint one.

# CERTIFIED

5

IN THE JUSTICE COURT OF JONES COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VERSUS

David Drew Williams                    NO. _____

## APPOINTMENT OF PUBLIC DEFENDER

Came before the court, this day, the defendant, David Drew Williams
_____, requesting the Court to appoint an attorney
and the Court having first placed the defendant under oath finds as follows:
Property (real or personal) _____
_____
Employment Status _____
Number of Dependants _____
Income from any other source _____
Ability of parent or spouse to provide attorney fee  Public Def Appt'd
_____
Other _____

This Court having considered the affidavit of indigence filed by the defendant in
the above styled and numbered cause and finding of the defendant's financial ability to
hire counsel finds that the defendant is an indigent person within the provisions of
Section 25-32-9, Mississippi Code, Annotated 1972, and hereby appoints the Public
Defender to represent the defendant in the above styled and numbered cause.

SO ORDERED, THIS THE ___16___ DAY OF __December__, 2016.

David _____ JUSTICE
/ JUSTICE COURT JUDGE
JUSTICE COURT JUDGE
JUDGE

(seal: JONES COUNTY, MS)

# CERTIFIED

CLT-(WILLIAMS)-000005

## THREE WAYS TO MAKE BOND

1.  PROPERTY BOND.  This type bond is usually made with the assistance of an Attorney and must be approved by the Sheriff.
2.  RULE BOND.  This is made by filing 10% of the bond with the Circuit Clerk's office. This method may be used if you have never been convicted of a felony, and the crime you are now charged with is non-violent. Most of this money will be returned after the case has been handled by the court or applied to the fines and restitution.
3.  PROFESSIONAL BONDSMAN.  This method is used by paying a Professional bondsman a 10% fee if you are in the state and a 15% if outside of the state. The money is not returnable and cannot be used for fines or restitution.

I HAVE RECEIVED A COPY OF THE THREE WAYS TO MAKE A FELONY BOND.

X _Dorothy Williams_____ DEFENDANT

_____
WITNESS

_12/16/16_____
DATE

## CERTIFIED

7

## PUBLIC DEFENDERS' OFFICE NOTICE

August 13, 2013

TO ALL FELONY DEFENDANTS

FROM: Jeannene T. Pacific, Administrator of Public Defender's Office
        527 Central Avenue, Laurel, MS 39440; 601-649-9200

In an effort to answer questions and make clear the position of the Jones County Public
Defender's Office, please note that each lower court, Justice & Municipal, make ONLY
preliminary determinations of your ability to hire private legal representation, and if they
do so determine that you are entitled to a public defender, one will be appointed, on a
rotation basis, to represent you.

This determination is ONLY preliminary, and at a later time you must be found to be
indigent and unable to hire private legal counsel at such time as you are indicted by a
Grand Jury or your case is handled through alternate means by the District Attorney's
Office.

At such time as you are determined to be indigent by the Circuit Court, then you will be
appointed a Public Defender.  The Public Defenders are assigned cases in rotation order.
You do not get to choose which Public Defender you wish.  You will be assigned to
either Hon. Michael Mitchell, Hon. John Piazza, or Hon. Patrick Pacific.

If you have been granted a bond hearing/initial appearance, we then wait for the proper
law enforcement agency handling your case to forward the case file to the D.A.'s Office.
This can take up to 3 months for the file to reach the D.A.'s Office or maybe longer.

Of course, the Public Defender's Office is glad to assist the lower courts, but our Justice
Court and Municipal Court Judges furnish felony defendants a speedy and thorough
Initial Appearance and bond hearing.  Therefore, the Public Defender's Office is ONLY
made aware of the specifics of you case when it reaches the D. A.'s Office and not at any
point prior to.

I trust that the above information will prove helpful in explaining this part of the criminal
process.

Sincerely

Jeannene T. Pacific

8

CLT-(WILLIAMS)-000007

## STATEMENT OF MIRANDA RIGHTS

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to talk to a lawyer and have him present with you while you are being questioned.
4. If you cannot afford to hire a lawyer, one will be appointed to represent you before questioning, if you wish.
5. You can decide at any time to exercise these rights and not answer any questions or make any statements.

X _David Williams_____
                                    DEFENDANT

WITNESSED BY:

_Charles J. Myers_____

OFFICER'S NAME:

_CHARLES J. Myers_____

OFFICER'S DEPARTMENT:

_JCSD_____

DATE:

_12/16/16_____

TIME:

_1356 hrs._____

## CERTIFIED

1

CERTIFICATE OF INTIAL APPEARANCE
(FELONY)

I certify that David Drew Williams whose address is ████████████████████████████ was granted an initial appearance before me on the 16 day of December, 2016.

The following information was given to the defendant verbally and a copy of this certification was also given to the said defendant.

TO: David Drew Williams, defendant

1. **CHARGE AND PENALTY.** You have been charged with the following felony crime(s).

pg 1 of 2

| CRIME | STATUTES |
|-------|----------|
| A. Receiving Stolen Property | 97-17-70 |
| B. Receiving Stolen Property | 97-17-70 |
| C. Receiving Stolen Property | 97-17-70 |
| D. Receiving Stolen Property | 97-17-70 |
| E. Receiving Stolen Property | 97-17-70 |

A copy of the complaint against you is attached to this certificate. If your name and address as shown above are incorrect, the error should be pointed out to the Court, or any officer of the Court in which you appear.

2. **RIGHT TO REMAIN SILENT.** You are not required to speak and any statements you make may be used against you.

3. **RIGHT TO AN ATTORNEY.** You have the right to the assistance of counsel and if you are unable to afford counsel an attorney will be appointed to represent you. An application for appointment of counsel is attached to this certificate. If you wish to hire your own attorney, you will be given opportunity by the officer in charge of the jail to make necessary telephone calls to obtain counsel.

4. **RIGHT TO COMMUNICATION.** You have the right to communicate with your attorney, family, or friends and reasonable means will be provided by the officer in charge of the jail to enable you to do so.

5. **RIGHT TO PRELIMINARY HEARING.** You have a right to a preliminary hearing before a judicial officer of the charges made against you to determine whether there is probable cause to believe that a crime has been committed and that you committed it. If such probable cause is found not to exist, you will be discharged from custody. At any such preliminary hearing you shall have the right to cross-examine any witnesses offered against you, compel the attendance of witnesses in your own behalf by subpoena and offer any evidence in your own behalf. An application for preliminary hearing **is/is not** Attached hereto.

6. BAIL. You have/do not have the right to bail. Your bail is corresponding to The charge set forth in paragraph 1 above is:

$10,000  a. _____ b. _____ c. _____ d. _____ e. _____

X 7 Times   CERTIFIED

Total $70,000 dollars

2

CERTIFICATE OF INTIAL APPEARANCE
(FELONY)

I certify that David Drew Williams whose address is ▓▓▓▓▓▓▓▓▓▓▓▓▓ was granted an initial appearance before me on the 16 day of December, 2016.

The following information was given to the defendant verbally and a copy of this certification was also given to the said defendant.

TO: David Drew Williams , defendant

1. CHARGE AND PENALTY. You have been charged with the following felony crime(s).

| CRIME | STATUTES |
|---|---|
| A. Felony Fleeing | 97 - 9 - 72 |
| B. Felony Resisting Arrest | 97 - 9 - 73 |
| C. | |
| D. | |
| E. | |

A copy of the complaint against you is attached to this certificate. If your name and address as shown above are incorrect, the error should be pointed out to the Court, or any officer of the Court in which you appear.

2. RIGHT TO REMAIN SILENT. You are not required to speak and any statements you make may be used against you.

3. RIGHT TO AN ATTORNEY. You have the right to the assistance of counsel and if you are unable to afford counsel an attorney will be appointed to represent you. An application for appointment of counsel is attached to this certificate. If you wish to hire your own attorney, you will be given opportunity by the officer in charge of the jail to make necessary telephone calls to obtain counsel.

4. RIGHT TO COMMUNICATION. You have the right to communicate with your attorney, family, or friends and reasonable means will be provided by the officer in charge of the jail to enable you to do so.

5. RIGHT TO PRELIMINARY HEARING. You have a right to a preliminary hearing before a judicial officer of the charges made against you to determine whether there is probable cause to believe that a crime has been committed and that you committed it. If such probable cause is found not to exist, you will be discharged from custody. At any such preliminary hearing you shall have the right to cross-examine any witnesses offered against you, compel the attendance of witnesses in your own behalf by subpoena and offer any evidence in your own behalf. An application for preliminary hearing **is/is not** Attached hereto.

6. BAIL. You **have/do not have** the right to bail. Your bail is corresponding to The charge set forth in paragraph 1 above is:

a. _____ b. _____ c. _____ d. _____ e. _____

CERTIFIED

2

The SHERIFF OF JONES COUNTY must approve any bond.

7. COMMITMENT.  You are hereby committed to the custody of the JONES COUNTY SHERIFF'S DEPARTMENT to await the action of the JONES COUNTY GRAND JURY next convened or further action of the Circuit Court of said county.

THIS THE _____ 16 _____ DAY OF _Decembee_, 20__

_Daniel_ _____
JUSTICE COURT JUDGE

CERTIFIED

3

IN THE JUSTICE COURT OF JONES COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS

David Drew Williams                    NO. _____

### AFFIDAVIT OF INDIGENCY

Came this day this cause, the defendant, David Drew Williams
_____, in the above styled and numbered cause and after first
being placed under oath by the Court, makes affidavit that he is an indigent person
within the provision of Section 25-32-9, Mississippi Code of 1972 Annotated as
Amended and is unable to employ Counsel.

_____
                                    DEFENDANT

X _____
                                    JUSTICE COURT JUDGE

**CERTIFIED**

4

### South Central Regional Medical Center Emergency Department
1220 Jefferson Street, Laurel, MS 39440
(601) 426-4000
Discharge Instructions (Patient)

---

Name: WILLIAMS, DAVID D                          Current Date: 2/17/2017 17:43:07
DOB: ▓▓▓▓▓          MRN: 6070448          FIN: 100218958
Diagnosis:

Visit Date: 2/17/2017 14:44:00

Primary Care Provider:
  Name: Shoemake, Kelly MD
  Phone: (601) 477-8553

Emergency Department Providers:
Primary Provider:
Dunbar, Marvin

South Central Regional Medical Center Emergency Department would like to thank you for allowing us to assist with your healthcare needs. The following instructions include patient education materials and information regarding your injury/illness.

Comment:

WILLIAMS, DAVID D has been given the following list of follow-up instructions, prescriptions, and patient education materials:
Follow-up Instructions:

| With: | Address: | When: |
|---|---|---|
| Donald Scoggin | | In 1 day 2/18/2017 |

Comments:

Call Donnie Scoggins, NP upon arrival Jail. for further instructions and workup.

Patient Education Materials:
Seizure, Adult

2-17-17

## ELLISVILLE MEDICAL PARK
### A Division of South Central Regional Medical Center
Family Medicine • OB-GYN • Pediatrics • Physical Therapy

Name David Williams          DOB/MRN  3/17/75

Metformin
1000 Bid

**ALLERGIES: NKA

SMOKER OR NONSMOKER                    LMP_____

Wt_____ HT_____ B/P  146/90  HR_____ O2_____

FINDINGS:_____

Seizure like Act

ORDERS_____

To ER for Eval

DIAGNOSIS_____

THIS PT WAS SEEN @ JONES COUNTY ADULT DETENTION

Add -

DAVid Williams 3/17/75-

Add Geodon 40 , Bid x 2

CLT-(WILLIAMS)-000015

# ELLISVILLE MEDICAL PARK
*A Division of South Central Regional Medical Center*
Family Medicine • OB-GYN • Pediatrics • Physical Therapy

Name David Williams  DOB/MRN  3/12/75

**ALLERGIES:_____

SMOKER OR NONSMOKER                    LMP_____

Wt_____HT_____B/P_____HR_____O2_____

FINDINGS:_____

EMP / MC

ORDERS_____
_____
_____
_____

DIAGNOSIS_____
_____

Lab only

THIS PT WAS SEEN @ JONES COUNTY ADULT DETENTION

Please Register under EMP

CLT-(WILLIAMS)-000016


originals

# ELLISVILLE MEDICAL PARK
*A Division of South Central Regional Medical Center*
**Family Medicine • OB-GYN • Pediatrics • Physical Therapy**

Name David Williams     DOB/MRN 3-17-75

Meds

**ALLERGIES:** NKDA

Metformin
1000 mg BID

**SMOKER OR NONSMOKER**     LMP

Prilosec

Wt 195   HT     B/P 148/85   HR 73   O2

FINDINGS: MED Check

ORDERS     Refill Metformin 1000 bid - x 2

Future order A1C + CMP

for 3/6

DIAGNOSIS

THIS PT WAS SEEN @ JONES COUNTY ADULT DETENTION

CLT-(WILLIAMS)-000017



Inmate Signature: _____

Officer Signature _____

Inmate Signature: _____

Officer Signature _____

Name: D Williams 124

| Time | Reading | Dosage |
|------|---------|--------|
| | | |
| | | |

Inmate Signature: _____

Officer Signature _____

Inmate Signature _____

Officer Signature _____

Date _____

Name David Williams

| Tim | Reading | Dosage |
|-----|---------|--------|
| J759 | 605 | |

Inmate Signature: _____

Officer Signature _____

Inmate Signature: _____

Officer Signature _____

Date 2-24-17

Name _____

| Time | Reading | Dosage |
|------|---------|--------|
| | 175 | |

Inmate Signature: _____

Officer Signature _____

Date _____

Name _____

| Time | Reading | Dosage |
|------|---------|--------|
| | | |

CLT-(WILLIAMS)-000018

Date _David Williams_

Name

| Time | Reading | Dosage |
|------|---------|--------|
| 1845 | 245 | |

Inmate Signature: _____

Officer Signature: _G. Shows 251_

Inmate Signature: _D. Williams_

Officer Signature: _____

---

Date _____

Name _____

| Time | Reading | Dosage |
|------|---------|--------|
| 0639 | 145 | |
| | 189 | |

Inmate Signature: _____

Officer Signature: _Beckhorl_

Inmate Signature: _D. Williams_

Officer Signature: _G. Shows 251_

---

Date _2/26/17_

Name _____

| Time | Reading | Dosage |
|------|---------|--------|
| 0618 | 164 | |
| | 207 | |

Inmate Signature: _D. Williams_

Officer Signature: _Beckhorl_

Inmate Signature: _D. Williams_

Officer Signature: _G. Shows 251_

---

Date _____

Name _3-1-17_

| Time | Reading | Dosage |
|------|---------|--------|
| | 286 | |

Inmate Signature: _D. Williams_

Officer Signature: _G. Shows 251_

Inmate Signature: _D. Williams_

Officer Signature: _Jimmy Colette_

Inmate Signature: _D. Williams_

Officer Signature: _G. Shows 25_

---

Date _____

Name _3-2-17_

| Time | Reading | Dosage |
|------|---------|--------|
| | 259 | |
| 3-6-17 | 255 | |

Inmate Signature: _____

Officer Signature: _____

---

Date _3-6-17_

Name _David Williams_

| Time | Reading | Dosage |
|------|---------|--------|
| 1800 | 145 | 0 |

Inmate Signature: _D. Williams_

Officer Signature: _G. Shows 251_

3-7-11 (III)

CLT-(WILLIAMS)-000019

Date  3-7-17

Inmate Signature: _____

Name  David Williams

Officer Signature _____

| Time | Reading | Dosage |
|------|---------|--------|
| 2001 | 117 | P |

Inmate Signature: D williams

Officer Signature  D. M J 241

---

Date _____

Inmate Signature: x D williams

Name →  3-10-17
D. Williams

Officer Signature  J Ivens 251

| Time | Reading | Dosage |
|------|---------|--------|
| 7 am | 135 / 178 | P |

Inmate Signature: D williams

Officer Signature  D. M J 234

---

Date  3-11-17

Inmate Signature: x D Williams

Name  D. Williams

Officer Signature  J Ivens 251

| Time | Reading | Dosage |
|------|---------|--------|
| 7aa | 132 / 134 | P |

Inmate Signature: D Williams

Officer Signature  D. M J 234

---

Date  3-12-17

Inmate Signature: D williams

Name  D Williams

Officer Signature  J Ivens 251

| Time | Reading | Dosage |
|------|---------|--------|
| 7aa | 147 / 130 | P |

Inmate Signature: D williams

Officer Signature  D. M A 234

te S

4-9-17

Name _____ Williams _____

| Time | Reading | Dosage |
|------|---------|--------|
|      | 172     |        |

Inmate Signature: _____

Officer Signature _____

Inmate Signature: _Ezell 707_

Officer Signature

CLT-(WILLIAMS)-000021

Date 9-13-17

Name Williams

| Time | Reading | Dosage |
|------|---------|--------|
| 0007 | 195 | |
| | | |

Inmate Signature: Williams

Officer Signature Sicus

Inmate Signature:

Officer Signature

| 06:25 | 116 | |
|-------|-----|---|

Officer Signature

CLT-(WILLIAMS)-000022

Date 9-(9-1)

Name Williams

| Time | Reading | Dosage |
|------|---------|--------|
| | Refused | |
| | | |

Inmate Signature:

Officer Signature J Sims 757

Inmate Signature:

Officer Signature

---

Date

Name

| Time | Reading | Dosage |
|------|---------|--------|
| | | |
| | | |

Inmate Signature:

Officer Signature

Inmate Signature:

Officer Signature

---

Date

Name

| Time | Reading | Dosage |
|------|---------|--------|
| | | |
| | | |

Inmate Signature:

Officer Signature

Inmate Signature:

Officer Signature

---

Date

Name

| Time | Reading | Dosage |
|------|---------|--------|

Inmate Signature:

Officer Signature

CLT-(WILLIAMS)-000023

ffic _____

Name    Williams

| Time | Reading | Dosage |
|------|---------|--------|
|      |         |        |
|      |         |        |

Inmate Signature: Refused

Officer Signature: _____

Inmate Signature: _____

Officer Signature: _____

Date    9-23-17

D Roland

Inmate Signature: _____

Officer Signature: _____ 751

te Signature: _____

cer Signature: _____

nate Signature: _____

fficer Signature: _____

nmate Signature: _____

Officer Signature: _____

Date  9-23-17

Name  D Williams

| Time | Reading | Dosage |
|------|---------|--------|
| 0605 | Ref     |        |

Inmate Signature: _____

Officer Signature: _____

Inmate Signature: _____

CLT-(WILLIAMS)-000024

Officer Signature: _____

Date 4-23-17

Inmate Signature: _____

Officer Signature _____

Inmate Signature: _____

Officer Signature _____

Inmate Signature: _____

Officer Signature _____

Inmate Signature: _____

Officer Signature _____

| Time | Reading | Dosage |
|------|---------|--------|
| 802  | 104     |        |

Inmate Signature: _____

Officer Signature _____

Inmate Signature: _____

Officer Signature _____

Date 9-26-17

Name Williams

| Time | Reading | Dosage |
|------|---------|--------|
| 2102 | Refused |        |

9-76-17

Inmate Signature: _____

Officer Signature _____

Inmate Signature: _____

Officer Signature _____

Inmate Signature: _____

_____ Signature _____

Signature: _____

Signature _____

Signature: _____

Signature _____

Signature: _____

Signature _____

Date 9-27-17

Name P Williams

| Time | Reading | Dosage |
|------|---------|--------|
| 0015 | 133 | |
| | | |

Inmate Signature: _____

Officer Signature _____

Inmate Signature: _____

Officer Signature _____

CLT-(WILLIAMS)-000026

Date 9/26/17

Name David Williams

Inmate Signature: _____

Officer Signature Sgt Allen

Inmate Signature: _____

Officer Signature _____

| Time | Reading | Dosage |
|------|---------|--------|
| 0630 | 156 | |
| | | |