# JONES COUNTY ADULT DETENTION FACILITY

Release Sheet: JCADF0000092107 **Page: 1**

ID #: 2006100473
Name: WILLIAMS, DAVID DREW
Address:
Phone(Home/Business) (601) 000-0000
DOB: Age: 41 YRS Height: 6- 0
Race: W Sex: M Weight: 210
Eyes: BRO Ethnicity: N Appearance: 40
Hair: BRO Resident: R Build: 2
Scars/Marks/Tattoos: 07 Complexion: 06 Birth Place:
Employer: FBI ID: 63044VA1 IdentA:
SSN: DL No.: MS State ID:

Booking Date: 12/14/16 Time: 13:14
Release Date: 01/10/17 Time: 5:51
Officer: 2016040124 EZELL, SHELLY
Arrest Date: 12/14/16 Time: 13:00
Arresting Agency: JCSO
Officer: 2012010095 MYERS, CHARLES
Location: MORRIS BROWN
LAUREL MS
Searched By: 218 Phone Call:
CLOTHING: Y NCIC: DETAINER:
METAL: WARRANT: ESCAPE:
PAT: Y PRINTS:
STRIP: Y PHOTO: Y
CAVITY: 10-92 P/W

Transfer(Y/N)? Facility: JCADF
Reason for Release: TRANSPOR
Length of Stay:
Booking Officer: 2016020194 GAINEY, HILMON
Cell Assignment: FHOLDING
Status: MIN Class: MDOC
Hold Reason: CH
Holding For:
Sentence Date: / /
Scheduled Release: / / 0:00
Court Date:
Attorney:
Bondsman:
Supplemental To:
Drug Screen:

Cash: $0.75 Vehicle Information:
Vehicle Location:
Property Description: Property Location: W LOCKER

1 LIGHTER
1 CHAPSTICK
1 NECKLACE
1 SILVER RING
1 WATCH
1 BRACELET
1 BELT
RING IN ENVELOPE

RELEASED TO TINA HELMS.....253/GUTHRIE

OFFENSES

| Seq.No.: | Code: Incident Number | Description: Statute (RSA) | Court Warrant Number | Bond Amt: Fel/Misd | Bond Type: Fine Amount: |
|---|---|---|---|---|---|
| Notes: | | | | | |
| 1 | 97-17-70 | RECIEVING STOLEN PROPERTY-FELONY (MORE THA 97-17-70 | JCCC | 10,000.00 F | 0.00 |

01/09/17,,,,went to court...waitin paperwork .....252graham
10,000.00 BOND SET PER JUDGE LYONS

| Seq.No.: | Code: Incident Number | Description: Statute (RSA) | Court Warrant Number | Bond Amt: Fel/Misd | Bond Type: Fine Amount: |
|---|---|---|---|---|---|
| 2 | 97-17-70 | RECIEVING STOLEN PROPERTY-FELONY (MORE THA 97-17-70 | JCCC | 10,000.00 F | 0.00 |

10,000.00 BOND SET PER JUDGE LYONS



# JONES COUNTY ADULT DETENTION FACILITY

Release Sheet: JCADF0000092107

| | | | | | |
|---|---|---|---|---|---|
| 3 | 97-17-70 | RECIEVING STOLEN PROPERTY-FELONY (MORE THA 97-17-70 | JCCC | 10,000.00 F | 0.00 |
| 10,000.00 BOND SET PER JUDGE LYONS | | | | | |
| 4 | 97-17-70 | RECIEVING STOLEN PROPERTY-FELONY (MORE THA 97-17-70 | JCCC | 10,000.00 F | 0.00 |
| 10,000.00 BOND SET PER JUDGE LYONS | | | | | |
| 5 | 97-17-70 | RECIEVING STOLEN PROPERTY-FELONY (MORE THA 97-17-70 | JCCC | 10,000.00 F | 0.00 |
| 10,000.00 BOND SET PER JUDGE LYONS | | | | | |
| 6 | 97-9-72 | FELONY FLEEING IN MOTOR VEHICLE 97-9-72 | JCCC | 10,000.00 F | 0.00 |
| 10,000.00 BOND SET PER JUDGE LYONS | | | | | |
| 7 | 97-9-73 | RESISTING ARREST 97-9-73 | JCCC | 10,000.00 F | 0.00 |
| 10,000.00 BOND SET PER JUDGE LYONS | | | | | |

**Release Notes:**

TRANSPORTED TO MARION CO. BY OFFICER GODWIN

**Total Bond Amount: $70,000.00**

I HAVE RECEIVED ALL OF MY PROPERTY, EXCLUDING MY MONEY AND VALUABLES, WHICH ARE CONTAINED IN THE SAFE. I ALSO UNDERSTAND THAT THESE ITEMS ARE TO BE PICKED UP DURING NORMAL BUSINESS HOURS AND IF NOT PICKED UP WITHIN 90 DAYS THEY WILL BE FORFEITED AND/OR DESTROYED

Inmate's Signature ______________________ Date __________ Time __________

Witness ______________________ Date __________ Time __________

Releasing Officer ______________________ Date __________ Time __________

Authorized Release: 2006080186



# Jones County Sheriff's Department

## Medical Treatment Form

Alex Hodge, Sheriff

| Date | 12-14-16 | | 2:00pm |
|---|---|---|---|

| | David Davis Williams | Inmate # | | Cell # | MH |
|---|---|---|---|---|---|
| Adult Detention | ✓ | Juvenile Detention | | | |

| Jones County Inmate | ✓ | State Inmate | |
|---|---|---|---|
| Laurel Police Dept Inmate | | Ellisville Police Dept. Inmate | |
| Other Agency | | | |

| Medical Complaint | c/o pain on Rt side of face |
|---|---|
| Treatment | Ø mandibular fracture noted on xray today. IM Toradol given x 1 in office. Will send oral pain meds to IHS. Use ice pack on affected area. Will notify if any fracture noted by Radiology. Tramadol 50 mg po PRN pain. Soft foods only meals until pt can move jaw properly. |

Was inmate transported to a medical facility? Facility: EMC

| Yes | | No | ✓ |
|---|---|---|---|

Dr or AP
[signature], MD

Was inmate transported by ambulance?

| Yes | | No | ✓ |
|---|---|---|---|

**All use of ambulance service or hospital treatment must first be approved by Administration.**

**Was Administration notified?**

| Yes | ✓ | No | |
|---|---|---|---|

| County Pay (Adult) 6156492 | ✓ | (Juvenile) 6213147 | |
|---|---|---|---|
| State Pay 6266923 | | Laurel Police Dept Pay 5061684 | |
| Inmate Pay | | | |

I understand that I will be responsible and I will be required to pay all medical expenses. I understand that neither the Jones County Sheriff's Department nor the Jones County Board of Supervisors will be responsible for my medical expenses while I am incarcerated in the Jones County Adult Detention Center.

Inmate Signature ______________________ Date __________ Print Name ______________________

INDIGENCY PROCEEDING

1. What is your name?
______________________________
2. Are you presently in jail or out on bond?
______________________________
3. Where do you live?
______________________________
4. With whom do you live?
______________________________
5. Are you employed?
______________________________
6. What kind of work does you do or have you done and what?
______________________________
7. Do you have any dependants, if so, how many?
______________________________
8. Do you have any wages due to you or owing to you at this time for work performed by you in the past which has not yet been paid?
______________________________
9. Do you have a bank account?
______________________________
10. Do you have a checking account?
______________________________
11. Do you have a savings account?
______________________________
12. Do you own any stocks or bonds?
______________________________
13. Do you own a vehicle of any type, if so, make and model and what its worth and if there is anything owed on it, who has possession of it and in whose name is it registered in?
______________________________
14. Do you own real property, if so, what type? ______________________________
______________________________
Where is it located, in whose name is it titled? How much is it worth? What is Owed on it and to whom is it owed? ______________________________
______________________________
15. Do you own anything else of value that can be sold and/or converted into money for the purpose of hiring an attorney? ______________________________
______________________________

Then you make a determination whether or not they are indigent. If they are, then ask them if they want an attorney. If they so desire, then you appoint one.

**CERTIFIED**

IN THE JUSTICE COURT OF JONES COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VERSUS

David Drew Williams NO.________________

APPOINTMENT OF PUBLIC DEFENDER

Came before the court, this day, the defendant, David Drew Williams ____________________, requesting the Court to appoint an attorney and the Court having first placed the defendant under oath finds as follows:

Property (real or personal) ____________________

____________________

Employment Status ____________________

Number of Dependants ____________________

Income from any other source ____________________

Ability of parent or spouse to provide attorney fee ____________________

Public Def Appt'd

Other ____________________

This Court having considered the affidavit of indigence filed by the defendant in the above styled and numbered cause and finding of the defendant's financial ability to hire counsel finds that the defendant is an indigent person within the provisions of Section 25-32-9, Mississippi Code, Annotated 1972, and hereby appoints the Public Defender to represent the defendant in the above styled and numbered cause.

SO ORDERED, THIS THE 16 DAY OF December, 2016.

David Lyons

JUSTICE COURT JUDGE

DAVID LYONS JUSTICE COURT JUDGE JONES COUNTY, MS

**CERTIFIED**

THREE WAYS TO MAKE BOND

1. PROPERTY BOND. This type bond is usually made with the assistance of an Attorney and must be approved by the Sheriff.
2. RULE BOND. This is made by filing 10% of the bond with the Circuit Clerk's office. This method may be used if you have never been convicted of a felony, and the crime you are now charged with is non-violent. Most of this money will be returned after the case has been handled by the court or applied to the fines and restitution.
3. PROFESSIONAL BONDSMAN. This method is used by paying a Professional bondsman a 10% fee if you are in the state and a 15% if outside of the state. The money is not returnable and cannot be used for fines or restitution.

I HAVE RECEIVED A COPY OF THE THREE WAYS TO MAKE A FELONY BOND.

X [signature] DEFENDANT

[signature]
WITNESS

12/16/16
DATE

**CERTIFIED**

PUBLIC DEFENDERS' OFFICE NOTICE

August 13, 2013

**TO ALL FELONY DEFENDANTS**

FROM: Jeannene T. Pacific, Administrator of Public Defender's Office
527 Central Avenue, Laurel, MS 39440; 601-649-9200

In an effort to answer questions and make clear the position of the Jones County Public Defender's Office, please note that each lower court, Justice & Municipal, make ONLY preliminary determinations of your ability to hire private legal representation, and if they do so determine that you are entitled to a public defender, one will be appointed, on a rotation basis, to represent you.

This determination is ONLY preliminary, and at a later time you must be found to be indigent and unable to hire private legal counsel at such time as you are indicted by a Grand Jury or your case is handled through alternate means by the District Attorney's Office.

At such time as you are determined to be indigent by the Circuit Court, then you will be appointed a Public Defender. The Public Defenders are assigned cases in rotation order. You do not get to choose which Public Defender you wish. You will be assigned to either Hon. Michael Mitchell, Hon. John Piazza, or Hon. Patrick Pacific.

If you have been granted a bond hearing/initial appearance, we then wait for the proper law enforcement agency handling your case to forward the case file to the D.A.'s Office. This can take up to 3 months for the file to reach the D.A.'s Office or maybe longer.

Of course, the Public Defender's Office is glad to assist the lower courts, but our Justice Court and Municipal Court Judges furnish felony defendants a speedy and thorough Initial Appearance and bond hearing. Therefore, the Public Defender's Office is ONLY made aware of the specifics of you case when it reaches the D. A.'s Office and not at any point prior to.

I trust that the above information will prove helpful in explaining this part of the criminal process.

Sincerely

Jeannene T. Pacific

STATEMENT OF MIRANDA RIGHTS

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to talk to a lawyer and have him present with you while you are being questioned.
4. If you cannot afford to hire a lawyer, one will be appointed to represent you before questioning, if you wish.
5. You can decide at any time to exercise these rights and not answer any questions or make any statements.

X [signature]
DEFENDANT

WITNESSED BY: [signature]

OFFICER'S NAME: CHARLES J. MYERS

OFFICER'S DEPARTMENT: JCSO

DATE: 12/16/16

TIME: 1356 hrs.

CERTIFIED

CERTIFICATE OF INTIAL APPEARANCE
(FELONY)

I certify that David Drew Williams whose address is [redacted] was granted an initial appearance before me on the 16 day of December, 2016.

The following information was given to the defendant verbally and a copy of this certification was also given to the said defendant.

TO: David Drew Williams, defendant

pg 1of2

1. CHARGE AND PENALTY. You have been charged with the following felony crime(s).

| | CRIME | STATUTES |
|---|---|---|
| A. | Receiving Stolen Property | 97-17-70 |
| B. | Receiving Stolen Property | 97-17-70 |
| C. | Receiving Stolen Property | 97-17-70 |
| D. | Receiving Stolen Property | 97-17-70 |
| E. | Receiving Stolen Property | 97-17-70 |

A copy of the complaint against you is attached to this certificate. If your name and address as shown above are incorrect, the error should be pointed out to the Court, or any officer of the Court in which you appear.

2. RIGHT TO REMAIN SILENT. You are not required to speak and any statements you make may be used against you.
3. RIGHT TO AN ATTORNEY. You have the right to the assistance of counsel and if you are unable to afford counsel an attorney will be appointed to represent you. An application for appointment of counsel is attached to this certificate. If you wish to hire your own attorney, you will be given opportunity by the officer in charge of the jail to make necessary telephone calls to obtain counsel.
4. RIGHT TO COMMUNICATION. You have the right to communicate with your attorney, family, or friends and reasonable means will be provided by the officer in charge of the jail to enable you to do so.
5. RIGHT TO PRELIMINARY HEARING. You have a right to a preliminary hearing before a judicial officer of the charges made against you to determine whether there is probable cause to believe that a crime has been committed and that you committed it. If such probable cause is found not to exist, you will be discharged from custody. At any such preliminary hearing you shall have the right to cross-examine any witnesses offered against you, compel the attendance of witnesses in your own behalf by subpoena and offer any evidence in your own behalf. An application for preliminary hearing **is/is not** Attached hereto.

6. BAIL. You **have/do not have** the right to bail. Your bail is corresponding to The charge set forth in paragraph 1 above is:

a. $10,000 b. ________ c. ________ d. ________ e. ________

X 7 Times

**CERTIFIED**

Total $70,000 dollars

CERTIFICATE OF INTIAL APPEARANCE
(FELONY)

I certify that David Drew Williams whose address is [redacted] was granted an initial appearance before me on the 16 day of December, 2016.

The following information was given to the defendant verbally and a copy of this certification was also given to the said defendant.

TO: David Drew Williams, defendant

1. CHARGE AND PENALTY. You have been charged with the following felony crime(s).

| | CRIME | STATUTES |
|---|---|---|
| A. | Felony Fleeing | 97-9-72 |
| B. | Felony Resisting Arrest | 97-9-73 |
| C. | | |
| D. | | |
| E. | | |

A copy of the complaint against you is attached to this certificate. If your name and address as shown above are incorrect, the error should be pointed out to the Court, or any officer of the Court in which you appear.

2. RIGHT TO REMAIN SILENT. You are not required to speak and any statements you make may be used against you.
3. RIGHT TO AN ATTORNEY. You have the right to the assistance of counsel and if you are unable to afford counsel an attorney will be appointed to represent you. An application for appointment of counsel is attached to this certificate. If you wish to hire your own attorney, you will be given opportunity by the officer in charge of the jail to make necessary telephone calls to obtain counsel.
4. RIGHT TO COMMUNICATION. You have the right to communicate with your attorney, family, or friends and reasonable means will be provided by the officer in charge of the jail to enable you to do so.
5. RIGHT TO PRELIMINARY HEARING. You have a right to a preliminary hearing before a judicial officer of the charges made against you to determine whether there is probable cause to believe that a crime has been committed and that you committed it. If such probable cause is found not to exist, you will be discharged from custody. At any such preliminary hearing you shall have the right to cross-examine any witnesses offered against you, compel the attendance of witnesses in your own behalf by subpoena and offer any evidence in your own behalf. An application for preliminary hearing **is/is not** Attached hereto.

6. BAIL. You **have/do not have** the right to bail. Your bail is corresponding to The charge set forth in paragraph 1 above is:

a. __________ b. __________ c. __________ d. __________ e. __________

**CERTIFIED**

The SHERIFF OF JONES COUNTY must approve any bond.

7. COMMITMENT. You are hereby committed to the custody of the JONES COUNTY SHERIFF'S DEPARTMENT to await the action of the JONES COUNTY GRAND JURY next convened or further action of the Circuit Court of said county.

THIS THE 16 DAY OF December, 20__

David Lyons

JUSTICE COURT JUDGE

DAVID LYONS JUSTICE COURT JUDGE JONES COUNTY, MS

**CERTIFIED**

IN THE JUSTICE COURT OF JONES COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS

David Drew Williams NO.____________

AFFIDAVIT OF INDIGENCY

Came this day this cause, the defendant, David Drew Williams ________________, in the above styled and numbered cause and after first being placed under oath by the Court, makes affidavit that he is an indigent person within the provision of Section 25-32-9, Mississippi Code of 1972 Annotated as Amended and is unable to employ Counsel.

David Williams
DEFENDANT

X David Lyons
JUSTICE COURT JUDGE

DAVID LYONS JUSTICE COURT JUDGE JONES COUNTY, MS

**CERTIFIED**

## South Central Regional Medical Center Emergency Department
### 1220 Jefferson Street, Laurel, MS 39440
### (601) 426-4000
### Discharge Instructions (Patient)

**Name:** WILLIAMS, DAVID D                      **Current Date:** 2/17/2017 17:43:07
**DOB:** ███████          **MRN:** 6070448        **FIN:** 100218958
**Diagnosis:**

**Visit Date:** 2/17/2017 14:44:00

**Primary Care Provider:**
  **Name:** Shoemake, Kelly MD
  **Phone:** (601) 477-8553

**Emergency Department Providers:**
Primary Provider:
Dunbar, Marvin


South Central Regional Medical Center Emergency Department would like to thank you for allowing
us to assist with your healthcare needs. The following instructions include patient education materials
and information regarding your injury/illness.

**Comment:**

WILLIAMS, DAVID D has been given the following list of follow-up instructions, prescriptions, and
patient education materials:
**Follow-up Instructions:**

| With: | Address: | When: |
|---|---|---|
| Donald Scoggin | | In 1 day 2/18/2017 |

**Comments:**

Call Donnie Scoggins, NP upon arrival Jail. for further instructions and workup.


**Patient Education Materials:**
Seizure, Adult

2-17-17

**ELLISVILLE MEDICAL PARK**
*A Division of South Central Regional Medical Center*
Family Medicine • OB-GYN • Pediatrics • Physical Therapy

Name David Williams DOB/MRN 3/17/75

**ALLERGIES: NKA

Metformin 1000 bid

SMOKER OR NONSMOKER LMP

Wt HT B/P 146/90 HR O2

FINDINGS:
Seizure like act

ORDERS
To ER for Eval

DIAGNOSIS

THIS PT WAS SEEN @ JONES COUNTY ADULT DETENTION

Add -

David Williams 5/17/15

Add Geodon 40g Bid x 2

CLT-(WILLIAMS)-000015

**ELLISVILLE MEDICAL PARK**
*A Division of South Central Regional Medical Center*
Family Medicine • OB-GYN • Pediatrics • Physical Therapy

Name David Williams DOB/MRN 3/17/75

**ALLERGIES:

SMOKER OR NONSMOKER LMP

Wt HT B/P HR O2

FINDINGS:

CMP / AIC

ORDERS

DIAGNOSIS

Lab only

THIS PT WAS SEEN @ JONES COUNTY ADULT DETENTION

Please Register under EMP



Originals

**ELLISVILLE MEDICAL PARK**
*A Division of South Central Regional Medical Center*
Family Medicine • OB-GYN • Pediatrics • Physical Therapy

Name David Williams DOB/MRN 3-17-75

Meds
Metformin
1000mg BID
Prilosec

**ALLERGIES: NKDA

SMOKER OR NONSMOKER LMP —

Wt 195 HT ___ B/P 148/85 HR 73 O2 ___

FINDINGS: MED Check

ORDERS Refill metformin 1000 bid - x 2
Future order A1C & CMP
for 3/6

DIAGNOSIS ___

THIS PT WAS SEEN @ JONES COUNTY ADULT DETENTION

CLT-(WILLIAMS)-000017

Date

Name D Williams 124

| Time | Reading | Dosage |
|---|---|---|
| | 173 | |
| | | |

Inmate Signature:

Officer Signature [signature] 251

Inmate Signature: D Williams

Officer Signature

Date

Name David Williams

| Time | Reading | Dosage |
|---|---|---|
| 0759 | 205 | |
| | | |

Inmate Signature:

Officer Signature [signature]

Inmate Signature: D Williams

Officer Signature

Date

Name 2-21-17

| Time | Reading | Dosage |
|---|---|---|
| | 183 | |
| | | |

Inmate Signature: [signature]

Officer Signature

Inmate Signature: x D Williams

Officer Signature [signature]

Date

Name

| Time | Reading | Dosage |
|---|---|---|

Inmate Signature:

Officer Signature

CLT-(WILLIAMS)-000018

Date David Williams

Name

| Time | Reading | Dosage |
|---|---|---|
| 1845 | 245 | |
| | | |

Inmate Signature:

Officer Signature J Shows 251

Inmate Signature: D Williams

Officer Signature

Date

Name

| Time | Reading | Dosage |
|---|---|---|
| 0639 | 145 | |
| | 184 | |

Inmate Signature:

Officer Signature Zack Horn

Inmate Signature: D Williams

Officer Signature J Shows 251

Date 2/26/17

Name

| Time | Reading | Dosage |
|---|---|---|
| 0618 | 164 | |
| | 207 | |

Inmate Signature: D Williams

Officer Signature Zack Horn

Inmate Signature: D Williams

Officer Signature J Shows 251

Date

Name 3-1-17

| Time | Reading | Dosage |
|---|---|---|
| | 286 | |
| | | |

Inmate Signature: D Williams

Officer Signature J Shows 251

Inmate Signature: [illegible]

Officer Signature [illegible]

Inmate Signature: D Williams

Officer Signature J Shows 251

Date

Name 3-2-17

| Time | Reading | Dosage |
|---|---|---|
| | 250 | |
| 3-6-17 | 255 | |

Inmate Signature:

Officer Signature

Date 3-6-17

Name David Williams

| Time | Reading | Dosage |
|---|---|---|
| | | |
| 1200 | 145 | Ø |

Inmate Signature: D Williams

Officer Signature J Shows 251

3-7-11 (111)

Date 3-7-17

Name David Williams

| Time | Reading | Dosage |
|---|---|---|
| | | |
| 2000 | 117 | Ø |

Inmate Signature:

Officer Signature

Inmate Signature: D Williams

Officer Signature D1 m J 241

Date 3-10-17

Name D. Williams

| Time | Reading | Dosage |
|---|---|---|
| | 135 | |
| 2000 | 178 | Ø |

Inmate Signature: x D Williams

Officer Signature J Sievers 251

Inmate Signature: D Williams

Officer Signature D1 m J 234

Date 3-11-17

Name D. Williams

| Time | Reading | Dosage |
|---|---|---|
| | 132 | |
| 2000 | 134 | Ø |

Inmate Signature: x D Williams

Officer Signature J Sievers 251

Inmate Signature: D Williams

Officer Signature D1 m J 234

Date 3-12-17

Name D Williams

| Time | Reading | Dosage |
|---|---|---|
| | 147 | |
| 2000 | 136 | Ø |

Inmate Signature: D Williams

Officer Signature J Sievers 251

Inmate Signature: D Williams

Officer Signature D1 m J 234

te S

9-9-17

Name Williams

| Time | Reading | Dosage |
|---|---|---|
| | | |
| | 172 | |

Inmate Signature:

Officer Signature

Inmate Signature: Ezell 207

Officer Signature

Date 9-13-17

Name Williams

| Time | Reading | Dosage |
|---|---|---|
| 0607 | 195 | |
| | | |

Inmate Signature: [signature]

Officer Signature [signature]

Inmate Signature: ____

Officer Signature ____

| 0620 | 116 | |
|---|---|---|
| | | |

Officer Signature ____

Date 9-19-17

Name Williams

| Time | Reading | Dosage |
| --- | --- | --- |
| | Refused | |
| | | |

Inmate Signature: 

Officer Signature [signature] 757

Inmate Signature: 

Officer Signature 

Date 

Name 

| Time | Reading | Dosage |
| --- | --- | --- |
| | | |
| | | |

Inmate Signature: 

Officer Signature 

Inmate Signature: 

Officer Signature 

Date 

Name 

| Time | Reading | Dosage |
| --- | --- | --- |
| | | |
| | | |

Inmate Signature: 

Officer Signature 

Inmate Signature: 

Officer Signature 

Date 

Name 

| Time | Reading | Dosage |
| --- | --- | --- |

Inmate Signature: 

Officer Signature 

Inmate Si

ffic ____________

Name Williams

| Time | Reading | Dosage |
|---|---|---|
| | | |
| | | |

Date 9-23-17

D Roland

Inmate Signature: Refused
Officer Signature [signature]
Inmate Signature: ____________
Officer Signature ____________

Inmate Signature: ____________
Officer Signature [signature] 281
te Signature: ____________
cer Signature ____________
nate Signature: ____________
fficer Signature [signature]
nmate Signature: ____________
Officer Signature ____________

Date 9-23-17
Name D Williams

| Time | Reading | Dosage |
|---|---|---|
| 0605 | 161 | |
| | | |

Inmate Signature: ____________
Officer Signature [signature]
Inmate Signature: ____________
Officer Signature ____________

CLT-(WILLIAMS)-000024

Date 9-23-17

Inmate Signature:

Officer Signature [signature] 251

Inmate Signature:

Officer Signature

Inmate Signature:

Officer Signature [signature] 251

Inmate Signature:

Officer Signature

Inmate Signature:

Officer Signature [signature] 251

Inmate Signature:

Officer Signature

| Time | Reading | Dosage |
|---|---|---|
| 0612 | 104 | |
| | | |

Date 9-26-17

Name Williams

| Time | Reading | Dosage |
|---|---|---|
| 0612 | Refused | |
| | | |

Inmate Signature:

Officer Signature [signature] 251

Inmate Signature:

Officer Signature

9-26-17

Inmate Signature:

Signature [signature] 251

ignature:

Signature

Signature: [signature] 251

Signature

Signature:

Signature

Date 9-27-17

Name D Williams

| Time | Reading | Dosage |
|---|---|---|
| 0015 | 133 | |
| | | |

Inmate Signature:

Officer Signature [signature] 251

Inmate Signature:

Officer Signature

Date 9/26/17

Name David Williams

| Time | Reading | Dosage |
|---|---|---|
| 0630 | 156 | |
| | | |

Inmate Signature: ____________

Officer Signature Sgt Allen

Inmate Signature: ____________

Officer Signature ____________

JONES COUNTY ADULT DETENTION FACILITY

REQUEST FOR CASE MANAGER

INMATE NAME: David Williams

INMATE NUMBER: 20060473

DATE: 1-16-18

PLEASE ADDRESS THE SITUATION OR CIRCUMSTANCES IN FULL DETAILS. PLEASE KEEP IN MIND THAT THE MATTER SHOULD BE IN REASONABLE CONTROL OF THIS FACILITY.THE REQUEST MUST ALSO REQUIRE A SOLUTIÓN THAT IS WITHIN REASONABLE POWER OF THIS ADMINISTRATION.

Ms. [illegible] I [illegible] and was working in the [illegible] [illegible] [illegible] Thank you.

[illegible signature]

PLEASE BE PATIENT AND KEEP IN MIND THAT SOME REQUEST MAY REQUIRE A LITTLE TIME DEPENDING ON THE CIRCUMSTANCES OR THE SITUATION.

THANK YOU

*************************DO NOT WRITE BELOW THIS LINE*********************************

RESPONSE: There's no Openings in the kitchen. When an Opening become available — Kitchen staff will contact you —

1/18/18

Graham

**JONES COUNTY ADULT DETENTION FACILITY**

**REQUEST FOR CASE MANAGER**

INMATE NAME: David Williams

INMATE NUMBER: 200[illegible]00473

DATE: 1-16-18

PLEASE ADDRESS THE SITUATION OR CIRCUMSTANCES IN FULL DETAILS. PLEASE KEEP IN MIND THAT THE MATTER SHOULD BE IN REASONABLE CONTROL OF THIS FACILITY.THE REQUEST MUST ALSO REQUIRE A SOLUTIÓN THAT IS WITHIN REASONABLE POWER OF THIS ADMINISTRATION.

Ms. [illegible] can you please put me on a job in the kitchen? I just left Parchman and was working in the kitchen, I am a good worker

PLEASE BE PATIENT AND KEEP IN MIND THAT SOME REQUEST MAY REQUIRE A LITTLE TIME DEPENDING ON THE CIRCUMSTANCES OR THE SITUATION.
THANK YOU

*************************DO NOT WRITE BELOW THIS LINE**********************************

RESPONSE: No openings at this time. If the kitchen need someone they will notify you — 1/18/18

Sgt. Graham

**JONES COUNTY ADULT DETENTION FACILITY**

**REQUEST FOR CASE MANAGER**

**INMATE NAME:** David Williams

**INMATE NUMBER:** 200[illegible]100473

**DATE:** 1-22-18

**PLEASE ADDRESS THE SITUATION OR CIRCUMSTANCES IN FULL DETAILS. PLEASE KEEP IN MIND THAT THE MATTER SHOULD BE IN REASONABLE CONTROL OF THIS FACILITY.THE REQUEST MUST ALSO REQUIRE A SOLUTION THAT IS WITHIN REASONABLE POWER OF THIS ADMINISTRATION.**

Ms. Tina Can you Please keep me in mind For a Job in the kitchen or on the hall? I have my GED [illegible] [illegible] that I [illegible] and the [illegible] [illegible]

Thank you

David Williams

**PLEASE BE PATIENT AND KEEP IN MIND THAT SOME REQUEST MAY REQUIRE A LITTLE TIME DEPENDING ON THE CIRCUMSTANCES OR THE SITUATION. THANK YOU**

************************DO NOT WRITE BELOW THIS LINE*******************************

**RESPONSE:** I have addressed this matter 1/23/18

# JONES COUNTY ADULT DETENTION FACILITY

## REQUEST FOR CASE MANAGER

INMATE NAME: David Williams

INMATE NUMBER: 2006100473

DATE: 1-22-18

PLEASE ADDRESS THE SITUATION OR CIRCUMSTANCES IN FULL DETAILS. PLEASE KEEP IN MIND THAT THE MATTER SHOULD BE IN REASONABLE CONTROL OF THIS FACILITY.THE REQUEST MUST ALSO REQUIRE A SOLUTIÓN THAT IS WITHIN REASONABLE POWER OF THIS ADMINISTRATION.

Ms. Teresa Can I Please have a Job in the kitchen? I have [illegible] [illegible] kitchen [illegible] I have [illegible] and I will not cause no [illegible] Please give me a chance to work. Thank you
David Williams

PLEASE BE PATIENT AND KEEP IN MIND THAT SOME REQUEST MAY REQUIRE A LITTLE TIME DEPENDING ON THE CIRCUMSTANCES OR THE SITUATION.
THANK YOU

**********************DO NOT WRITE BELOW THIS LINE********************************

RESPONSE: There are no openings in kitchen. If they need you they will let you know 1/23/18
Sgt. Graham

**JONES COUNTY ADULT DETENTION FACILITY**

**REQUEST FOR CASE MANAGER**

**INMATE NAME:** David Williams

**INMATE NUMBER:** 201[illegible] 100473

**DATE:** 1-22-18

**PLEASE ADDRESS THE SITUATION OR CIRCUMSTANCES IN FULL DETAILS. PLEASE KEEP IN MIND THAT THE MATTER SHOULD BE IN REASONABLE CONTROL OF THIS FACILITY.THE REQUEST MUST ALSO REQUIRE A SOLUTION THAT IS WITHIN REASONABLE POWER OF THIS ADMINISTRATION.**

Captain Hare [illegible] Please [illegible] a Job in the kitchen or on the [illegible] [illegible] understand [illegible] [illegible] All I'm asking [illegible] to work [illegible] of the [illegible]

Thank you.

David Williams

**PLEASE BE PATIENT AND KEEP IN MIND THAT SOME REQUEST MAY REQUIRE A LITTLE TIME DEPENDING ON THE CIRCUMSTANCES OR THE SITUATION.**

**THANK YOU**

****************************DO NOT WRITE BELOW THIS LINE************************************

**RESPONSE:**

your name will be added to our request to work list. At present there are not any job openings

Jim Moore 1/23/18