Case 2:17-cv-00152-MTP                    09/02/19

David Williams # 83234
           Versuss
Jason myers, et al,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

F I L E D

Sep 13 2019

ARTHUR JOHNSTON, CLERK

Would like to inform the courts that I recieved Document 72 on 08/27/19.

I would Also like to inform the courts that I have not been Able to get my medical Records from the Prisons, I have filled out medical Request Forms Asking for these records so I can send to the Courts But As of yet I have had no Response. I have seen Doctors At SMCI, EMCF, EMCF, And At Jones County Jail And at Jasper County Jail But the only medical records that the Courts And the defense Council has Are the records from Jones County Jail If the Courts can tell me how to go About getting these records from these other Prisons (SMCI, EMCF, EMCF And Jasper County Jail) Please inform me on what I need to do. The Records from SMCI (South mississippi Correction institute) is most important. Thank you for your time. And consideration on this matter. Sincerly,

David Williams

9-2-19