Case 2:17-cv-00152-MTP Document 77 Filed 09/30/19 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED
Sep 30 2019
ARTHUR JOHNSTON, CLERK

Case 2:17-cv-00152-MTP Date 9-18-19

Page ①

I am writing the courts in hopes of getting help through the courts in order to obtain my medical records from South Mississippi Correction Institution. I feel that these records are very important to my case, the records will prove that during the time of January 2017 thru January 2018 that I requested medical attention many time concerning head aches due to my injuries caused from the incident of this case and these records will also prove of the medical attention I recieved due to sezures. This is the 3rd time I have written S.M.C.I. asking for said medical records and I have never gotten a response so I am asking the courts for help in this matter can the courts please send this certified copy of this medical records Release form to the Records department at South Mississippi Correctional institution? If I can get these records I will gladely send a copy to the defence Attorneys, I also would like to inform the courts that I am concerned about the distribution of the mail here at my housing unit at C.M.C.F.

I responded to the courts over two weeks ago concerning the last order sent to me but I

not recieved anything back acknowleging my response. The mail services here are horrible. If I write letters to anyone, it takes 10 to 15 days for delivery and on 2 occasions I wrote to my family and they never recieved anything.

I am sending the courts the original of the medical release form and I am also sending a copy of same medical release for at same time.

Addressed To.

    Atten:
    Records Department
    S.M.C.I.
    P.O. Box 1419
    Leakesville, MS. 39451

Thank you for any help you can offer in this matter.

    David Williams #83234
    9-18-19