IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DAVID WILLIAMS  #83234**                                      **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO. 2:17-cv-152-MTP**

**JASON MYERS,** *et al.*                                 **DEFENDANTS**

## ORDER

THIS MATTER is before the Court on Plaintiff's Letters [76] and [77] requesting medical records. The Court liberally construes these letters as requests to issue subpoenas. There are, however, other means to obtain Plaintiff's medical records from Mississippi Department of Corrections ("MDOC").

Plaintiff is directed to fill out and mail the attached form to the MDOC Office of Medical Compliance. Plaintiff shall also pay any fees associated with copying and producing his medical records. The Court will not issue a subpoena at this time. Plaintiff may seek leave to subpoena his medical records if he is unable to obtain them through the Office of Medical Compliance, but he will remain responsible for paying any reasonable fees for producing the records.

SO ORDERED, this the 1st day of October, 2019.

                                                         /s/Michael T. Parker
                                                         United States Magistrate Judge